UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V
_Samuel Israel III_
_____

_____

_05 Cr 1039_
Docket Number & Judge

NOTICE OF APPEARANCE

TO:   J. MICHAEL MCMAHON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. (   ) CJA        2. ( ✓ ) RETAINED        3. (   ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   (   ) NO   ( ✓ ) YES,

ADMISSION MO. _3_  YR _77_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:   WHITE PLAINS, NEW YORK

SIGNATURE _____

Email: lbader@magislaw.com        DIRECT DIAL (212) 880-9440

LAWRENCE S. BADER

MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

565 FIFTH AVENUE                (212) 856-9600
NEW YORK, N.Y. 10017            FACSIMILE: (212) 856-9494

_Telephone Number_