United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 QUARROPAS STREET, WHITE PLAINS N.Y. 10601

---

```
┌─────────────────────────┐
│                         │
│   USA                   │
│                         │
│                         │
│         - v -           │
│                         │
│                         │
│   Samuel Israel III     │
│                         │
└─────────────────────────┘
```

NOTICE OF REASSIGNMENT

05 CR. 1039 (CM)

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE  *Colleen McMahon*

All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

The attorney (s) for the plaintiff (s) are requested to serve a copy of the Notice of Reassignment on all defendants. Non-governmental parties are to file a current Local Rule 1.9 Disclosure Statement within 10 business days of the date of this notice.

J. MICHAEL McMAHON,     Clerk

Dated: 10/20/05

by: _____
          Deputy Clerk

cc: Attorney of Record