

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 19, 2005

**BY HAND**
Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:  **U.S. v. Samuel Israel, III**
           05 Cr. 1039 (SCR) CM

Dear Judge Robinson:

    In connection with the above-referenced matter, we respectfully request that the Court enter the enclosed Preliminary Order of Forfeiture. The Preliminary Order relates to the disposition of specified assets named in the above-referenced Information except for the approximately $100,000,000 on deposit at Bank of America in the name of the Arizona State Treasurer and referenced as SW 2005-001633. Israel pleaded guilty without a plea agreement; however, according to my conversations with his counsel, he does not intend to contest the forfeiture of his interest in the specific property listed in the Information and in this Preliminary Order of Forfeiture. We anticipate filing an amended order, as soon as possible, that will include the money at Bank of America. (At that time, or in a separate application, we will also request the Court to find the defendant liable for a money judgment.) However, at this time, we would like to proceed with the forfeiture of the other assets without further delay.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Honorable Stephen C. Robinson

    Thank you for your consideration.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

                  By:   _____
                              Margery B. Feinzig
                              Barbara A. Ward
                              Assistant United States Attorneys
                              (914) 993-1912

cc: Lawrence Bader, Esq.