```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

           v.

SAMUEL ISRAEL III,

           Defendant.
---------------------------------------------------------X

05 CR. 1039 (SCR)

STIPULATION AND ORDER
EXTENDING TIME OF
CERTAIN CLAIMANTS TO FILE
A PETITION REGARDING
FORFEITURE OF
DEFENDANT'S ASSETS

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that the time of Leonard and Tema Schrage, The Morris Schrage Individual Retirement Account, the Morris Schrage Trust, the Melvin N. and Marcia A. Grossman Family Trust and Universal City Nissan, Inc. to file a petition asserting a legal interest in the property which has been ordered forfeited to the United States in the above-referenced action is extended to January 6, 2006.

Dated: New York, New York
       December 20, 2005

MICHAEL J. GARCIA
United States Attorney for the Southern
District of New York
Attorney for the Plaintiff
United States of America

By: _____
    BARBARA A. WARD (BW-4314)

BUTLER, FITZGERALD, FIVESON
& McCARTHY
A Professional Corporation

By: _____
    Raymond Fitzgerald, Esq. (RF 9526)
    David J. McCarthy (DM 7910)
Attorneys for Claimants
350 Fifth Avenue, Suite 6215
New York, New York 10118
(212) 615-2200

SO ORDERED:

_____
HONORABLE STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

Date: 12/22/06