## MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE JR.

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.magislaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

DAVID C. AUSTIN
BARBARA L. BALTER
CHRISTOPHER A. BOTSMAN¹
BENJAMIN S. FISCHER
ADAM C. FORD
NOAH D. GENEL
RENÉE L. JARUSINSKY
STEPHEN M. JURIS
THOMAS M. KEANE
ELLEN M. MURPHY
SARAH J. NORTH
MICHAEL H. PINE
ASHLEY E. RUPP
ANDREW J. SCHELL
F. SCOTT SCHIRICK
KATHRYN SPOTA
JERROLD L. STEIGMAN
JAMES R. STOVALL
RICHARD C. TARLOWE
ADAM TULLY
KRISTY WATSON
KENDRA R. WILDERMAN

¹ADMITTED ONLY IN ENGLAND, WALES & AUSTRALIA

RECEIVED MAY - 1 2006 CHAMBERS OF COLLEEN McMAHON

May 1, 2006

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street, Rm. 533
White Plains, New York 10601-4150

       Re: *United States v. Samuel Israel III*, 05 Cr. 1039

Dear Judge McMahon:

       This firm represents Samuel Israel III in the above-referenced matter. Mr. Israel is scheduled to be sentenced on September 18, 2006. Currently, his conditions of release permit Mr. Israel to travel within the Southern and Eastern Districts of New York.

       Mr. Israel would like to travel to New Jersey during two weekends in May in order to attend his 12-year-old son's basketball games. Mr. Israel has a very good relationship with his son and makes an effort to attend all of his son's basketball games. The trips to New Jersey will not require Mr. Israel to spend the night in New Jersey.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P. C.

Honorable Colleen McMahon   -2-                    May 1, 2006
Page 2

   By this letter, we ask the Court to modify Mr. Israel's conditions of release to allow him to attend his son's basketball games in New Jersey. I have raised this request with AUSAs Perry Carbone and Margery Feinzig, and they have no opposition to this application.

           Respectfully submitted,

           Lawrence S. Bader

cc: AUSA Perry Carbone (via facsimile)
   AUSA Margery Feinzig (via facsimile)
   Pretrial Services (via facsimile)