# MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE JR.
CYRUS R. VANCE, JR.

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglslaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

DAVID C. AUSTIN
BARBARA L. BALTER
CHRISTOPHER A. BOTSMAN*
BENJAMIN S. FISCHER
ADAM C. FORD
NOAH D. GENEL
RENÉE L. JARUSINSKY
STEPHEN M. JURIS
THOMAS M. KEANE
ELLEN M. MURPHY
SARAH J. NORTH
MICHAEL H. PINE
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
KATHRYN SPOTA
JERROLD L. STEIGMAN
JAMES R. STOVALL
RICHARD C. TARLOWE
AMY M. TULLY
KRISTY WATSON
KEFIRA R. WILDERMAN

*ADMITTED ONLY IN ENGLAND, WALES & AUSTRALIA



June 13, 2006

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street, Rm. 533
White Plains, New York 10601-4150

    Re: <u>United States v. Samuel Israel III</u>, 05 Cr. 1039

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Dear Judge McMahon:

    This firm represents Samuel Israel III in the above-referenced matter. Mr. Israel is scheduled to be sentenced on September 18, 2006. Currently, his conditions of release permit Mr. Israel to travel within the Southern and Eastern Districts of New York. These conditions were previously modified in May of this year to allow Mr. Israel to attend his son's basketball games in New Jersey.

    Mr. Israel would like to travel to Florida twice this summer to visit his parents. Mr. Israel's father is ill and his mother is celebrating her 70th birthday in late June. The first trip would be from June 25th to June 30th, and would allow Mr. Israel to visit with his ailing father and be with his mother on her birthday. Mr. Israel would like to return to Florida in July with his 12-year-old son Jake. Pursuant to Mr. Israel's divorce agreement with his ex-wife, Mr. Israel may take Jake on a ten day vacation during the summer; Mr. Israel's ex-wife will not allow Jake to go to Florida with

MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

Honorable Colleen McMahon     -2-     June 13, 2006
Page 2

Mr. Israel in June, which is why Mr. Israel would like to visit his parents twice this summer. The second trip would be from July 17th to July 26th. Both trips will be paid for by Mr. Israel's parents, and Mr. Israel will provide detailed itineraries of the trips to pre-trial services.

       By this letter, we ask the Court to modify Mr. Israel's conditions of release to allow him to visit his parents in Florida in June and July of 2006. I have raised this request with AUSAs Perry Carbone and Margery Feinzig, and they have no opposition to this application.

                            Respectfully submitted,

                            Lawrence S. Bader

cc:    AUSA Perry Carbone
       AUSA Margery Feinzig
       Pretrial Services