# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

RECEIVED
AUG 15 2006
CHAMBERS OF
COLLEEN McMAHON

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D C
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

BARBARA L. SALTER
CHRISTOPHER A. BOTSMAN-
BENJAMIN S. FISCHER
NOAH D GENEL
RENÉE L JARUSINSKY
THOMAS M. KEANE
RACHEL M KORENBLAT
KRISTY WATSON MILKOV
ELLEN M MURPHY
SARAH J. NORTH
MICHAEL H. PINE
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN SPOTA
JERROLD L STEIGMAN
JAMES R STOVALL
RICHARD C. TARLOWE
AMY M. TULLY
KEFIRA R WILDERMAN

*ADMITTED ONLY IN ENGLAND,
WALES & AUSTRALIA

August 15, 2006

Ded-8/15/06 OK

Colleen McMahon [signature]

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street, Rm. 533
White Plains, New York 10601-4150

Re:   *United States v. Samuel Israel III*, 05 Cr. 1039

Dear Judge McMahon:

This firm represents Samuel Israel III in the above-referenced matter. Mr. Israel is scheduled to be sentenced on September 18, 2006. Currently, his conditions of release permit Mr. Israel to travel within the Southern and Eastern Districts of New York. These conditions were previously modified in May of this year to allow Mr. Israel to attend his son's basketball games in New Jersey, and in June of this year to allow Mr. Israel to visit his parents in Louisiana.

Mr. Israel would like to travel to Connecticut tomorrow, August 16, 2006, to attend to personal business. AUSA Margery Feinzig has consented to this application.

Respectfully submitted,

[signature]
Lawrence S. Bader

SDNY
[DOCUM]ENT
[ELECTR]ONICALLY F[ILED]
[F]ILED: _____

cc:   AUSA Margery Feinzig
      Pretrial Services

Copies mailed / handed / faxed to counsel 8/15/06