# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

DAVID C. AUSTIN
BARBARA L. BALTER
CHRISTOPHER A. BOTSMAN*
BENJAMIN S. FISCHER
NOAH D GENEL
RENEE L JARUSINSKY
THOMAS M. KEANE
RACHEL M KORENBLAT
KRISTY WATSON MILKOV
ELLEN H. MURPHY
SARAH J NORTH
MICHAEL H PINE
ASHLEY E RUPP
ANDREW J SCHELL
E SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN SPOTA
JERROLD L STEIGMAN
JAMES R STOVALL
RICHARD C TARLOWE
AMY M. TULLY
KEFIRA R WILDERMAN

*ADMITTED ONLY IN ENGLAND
WALES & AUSTRALIA

October 10, 2006

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street, Rm. 533
White Plains, New York 10601-4150

RECEIVED
OCT 10 2006
CHAMBERS OF
COLLEEN McMAHON

Re: <u>United States v. Samuel Israel III</u>, 05 Cr. 1039

Dear Judge McMahon:

This firm represents Samuel Israel III in the above-referenced matter. Mr. Israel is scheduled to be sentenced on January 18, 2007. Currently, his conditions of release permit Mr. Israel to travel within the Southern and Eastern Districts of New York. These conditions were previously modified to allow Mr. Israel to attend to personal matters.

We ask for the Court's permission to allow Mr. Israel to travel to Chicago on October 17, 2006 to visit his parents, returning October 23, 2006. AUSA Margery Feinzig has consented to this application. Thank you.

Respectfully submitted,

Lawrence S. Bader

10/10/06

cc: AUSA Margery Feinzig
    Pretrial Services