RECEIVED
FEB 13 2007
CHAMBERS OF
COLLEEN McMAHON

# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR
CYRUS R. VANCE, JR
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9505

DAVID C. AUSTIN
CHRISTOPHER A. BOTSMAN*
BENJAMIN S. FISCHER
RACHEL HEMANI
RENÉE L. JARUSINSKY
THOMAS M. KEANE
RACHEL K. KORENBLAT
DUNCAN P. LEVIN
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
JANET ROUNTREE**
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
JERROLD L. STEIGMAN
JAMES R. STOVALL
RICHARD C. TARLOWE
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

*ADMISSION PENDING
**ADMITTED IN ILLINOIS ONLY

February 9, 2007

MEMO ENDORSED

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street, Rm. 533
White Plains, New York 10601-4150

2/13/07 If the US Attorney consents [illegible handwritten note] /s/ Colleen McMahon

Re:   *United States v. Samuel Israel III*, 05 Cr. 1039

Dear Judge McMahon:

This firm represents Samuel Israel III in the above-referenced matter. Mr. Israel is scheduled to be sentenced on April 27, 2007. Currently, his conditions of release permit Mr. Israel to travel within the Southern and Eastern Districts of New York. These conditions were previously modified in May, June, and August of 2006 to allow Mr. Israel to attend his son's basketball games in New Jersey, visit his parents in Louisiana, and attend to personal business in Connecticut.

Mr. Israel would like to travel to Florida this month to visit his father, whose health is failing. He would like to leave New York on February 18 and return to New York on February 22, 2007. The trip will be paid for by Mr. Israel's parents, and Mr. Israel will provide a detailed itinerary of the trip to pre-trial services.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**

Honorable Colleen McMahon  -2-  February 9, 2007
Page 2

       By this letter, we ask the Court to modify Mr. Israel's conditions of release to allow him to visit his father in Florida from February 18-22, 2007. I have raised this request with AUSA Perry Carbone, who consents to this application.

                                    Respectfully submitted,

                                      Barbara L. Trencher

cc:    AUSA Perry Carbone
        AUSA Margery Feinzig
        Pretrial Services