# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9505

DAVID C. AUSTIN
CHRISTOPHER A. BOTSMAN*
BENJAMIN S. FISCHER
RACHEL HEMANI
RENEE L. JARUSINSKY
THOMAS M. KEANE
RACHEL H. KORENBLAT
DUNCAN P. LEVIN
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
JANEY ROUNTREE**
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE BEXTON
KATHRYN M. SPOTA
JERROLD L. STEIGMAN
JAMES P. STOVALL
RICHARD C. TARLOWE
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

*ADMISSION PENDING
**ADMITTED IN ILLINOIS ONLY

## MEMO ENDORSED

March 26, 2007

3/26/07
[signature]

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   *United States v Samuel Israel III*, 05 Cr. 1039

Dear Judge McMahon:

     This firm represents Samuel Israel III in the above-referenced matter. On February 13, 2007, Your Honor granted Mr. Israel's request that he be permitted to travel to visit his ailing father between February 18 and February 22, 2007. Despite the Court's consent as well as the consent of the U.S. Attorney's Office, Mr. Israel did not travel in February.

     Because he was unable to visit his father in February, Mr. Israel would like to travel to New Orleans between March 28 and April 7, 2007 to visit his parents. He plans to bring his teenage son with him so that his son may visit his grandfather. The trip will be paid for by Mr. Israel's parents, and Mr. Israel will provide a detailed itinerary of the trip to pre-trial services.

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

Honorable Colleen McMahon     -2-     March 26, 2007
Page 2

      By this letter, we ask the Court to modify Mr. Israel's conditions of release to allow him to visit his family in New Orleans from March 28-April 4, 2007. I have raised this request with AUSA Perry Carbone, who consents to this application.

      Respectfully submitted,

Barbara L. Trencher

cc:     AUSA Perry Carbone
          AUSA Margery Feinzig
          Pretrial Services