| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 Cr. 1039 (SCR)(CM) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| SAMUEL ISRAEL III | Publish- Amended Prelim |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sandy Moo, USMS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Please publish the following notice of publication in a newspaper of **NATIONAL** circulation for three consecutive weeks.
CATS # 06-FBI-002664, 06-FBI-001416, 05-FBI-004712

Please return to FSA Paralegal Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: AUSA BARBARA WARD | x PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 212-637-1048 | DATE 3/23/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk Sandy mw | Date 5/11/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 7/11/07  Time am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: 7/11/07 - Notice was published in the U.S.A. Today on May 23, May 29 and June 4, 2007. (copy attached)

ORIGINAL

| PRIOR EDITIONS MAY BE USED | | FORM USM-285 |



U.S. ATTORNEY COPY

7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Karri Dvir says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on <u>Wednesday, May 23, Tuesday, May 29, and Monday, June 4,</u> the following advertisement – **Notice of: United States v. Samuel Israel,** was published in **USA TODAY Domestic.**

_____
Principal Clerk of USA TODAY
June 7, 2007

Subscribed and sworn to before me
This 7th day of June month
2007 year.

_____
Notary Public

My Commission Expires September 30, 2009

the record high, not adjusted for inflation, hit May 24, according to motorist club AAA. Adjusted for inflation, the all-time high was set in March 1981 at $3.292 a gallon in today's dollars, according to the Energy Department.

The higher prices have had very little impact on the overall economy. Consumer confidence rose in May despite the surge in gasoline costs, and many retailers, such as Target, have posted strong sales in recent months. Although demand for gasoline has eased, it's still stronger than a year ago.

But for low-income households, the impact has been significant.

Misti Davison, 28, recently told her supervisors at SunBridge Care and Rehabilitation in Tuscumbia, Ala., that she's looking for a job closer to her home in Morris Chapel, Tenn. The activities assistant, who says she loves her job planning events at the senior center, has been driving 66 miles each way to work in her 1998 Nissan Altima. Davison makes $7.25 an hour.

"I'm spending almost half my paycheck every two weeks on gas," Davison says.

Davison started at SunBridge in January after getting out of an alcohol rehabilitation program nearby. But she recently moved in with her mom in Tennessee to be close to her kids, who are 8 and 6 and have been living with her sister-in-law. To regain custody, Davison says, she needs a home of her own. But with gasoline prices high, she has struggled to save enough to move out.

"I'm someone trying to do right in life, and I'm having a hard time," says Davison, who says it's even expensive to drive to her Alcoholics Anonymous meetings. "Life is stressful."

Jim Letts, a family medicine doctor in St. Paul, sees many of his low-income patients struggling with higher gasoline prices. It's forcing them to make tough choices, he says. Sometimes patients choose to take their medications erratically or not at all.

"For chronic conditions, that doesn't work," Letts says. "People are trying to balance paying $80 a month for their medication and paying $50 a (week) for gasoline."

### Cars required for work

Low-income families are hit hard by rising gasoline prices mainly because they have little, if any, wiggle room in their expenses. But there are other factors in play:

▶ **Cars required.** Low-income workers often must drive.

Poorer families tend to live in central cities, but the strongest job growth in recent years has been in the suburbs, according to UCLA professor Matthew Kahn. From 1994 to 2000, the latest data avail-

industry, requiring them to work nights or weekends when public transportation often is not operating as well."

Tyrone Vincent of Donaldsonville, La., estimates his 1991 Cadil-



## USA TODAY LEGAL MONDAY
usatoday.com  www.marketplace.usatoday.com
To advertise call 1.800.872.3433 Toll-free in the U.S. only

**NOTICE OF: UNITED STATES v. DANIEL E. MARINO 05 Cr. 1036 (CM)**

Notice is hereby given that on November 23, 2005, in the case of United States v. DANIEL E. MARINO, 05 Cr. 1036 (CM), the United States District Court for the Southern District of New York entered an Amended Preliminary Order of Forfeiture/Final as to DANIEL E. MARINO condemning and forfeiting his right, title, and interest in: (a) $155,763.43 in cash; (b) $300,000.00 transferred to the United States Marshals Service ("USMS") Seized Assets Deposit Account on or about September 6, 2006 as a substitute res for the proceeds of the sale of the residence at 261 Bayberry Lane, Westport, Connecticut, 06880; (c) $500,000 plus interest at a rate of 6 percent per annum, representing the payment on a promissory note dated November 11, 2004; (d) All right, title and interest of the defendant in any investments in Acopia entities or partnerships, including but not limited to, the following funds placed on deposit in the USMS Seized Assets Deposit Account on or about September 20, 2006: i. Meritech, $154,909.80; ii. Charles River, $470,738.25; iii. Accel, $318,973.95; and iv. Star, $214,177.50,; (e) $100,727,434.02 on deposit in the USMS Seized Assets Deposit Account, representing Bayou investor funds in the amount of at least $100,001,102.00 (plus interest) that were transferred by the defendants to Account No. 2000026084477 in the name of Majestic Capital Management at Wachovia National Bank in Flemington, New Jersey; and (f) $370,181.88 on deposit in the USMS Seized Assets Deposit Account, representing monies held by or for the benefit of the defendant, manner as the United States Marshal may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition within thirty (30) days of the final publication of this notice, which will be July 5, 2007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY

**NOTICE OF: UNITED STATES v. SAMUEL ISRAEL 05 Cr. 1039 (SCR)**

Notice is hereby given that on March 23, 2007, in the case of United States v. SAMUEL ISRAEL III, 05 Cr. 1039 (SCR), the United States District Court for the Southern District of New York entered an Amended Preliminary Order of Forfeiture/Final Order of Forfeiture as to SAMUEL ISRAEL III, condemning and forfeiting his right, title, and interest in the following: (a) $500,000 plus interest at a rate of 6 percent per annum, representing the payment on promissory note dated November 11, 2004; (b) All right, title and interest of the defendant in any investments in Acopia entities or partnerships, including but not limited to, the following funds placed on deposit in the USMS Seized Assets Deposit Account on or about September 20, 2006: i. Meritech, $154,909.80; ii. Charles River, $470,738.25; iii. Accel, $318,973.95; and iv. Star, $214,177.50; (c) $100,727,434.02 on deposit in the USMS Seized Assets Deposit Account, representing Bayou investor funds in the amount of at least $100,001,102.00 (plus interest) that were transferred by the defendants to Account No. 2000026084477 in the name of Majestic Capital Management at Wachovia National Bank in Flemington, New Jersey; and (d) $236,954.58 on deposit in the USMS Seized Assets Deposit Account, representing monies held by or for the benefit of the defendant, The Amended Preliminary Order of Forfeiture having been entered on March 23, 2007, the United States hereby gives notice of its intention to dispose of the forfeited properties in such a manner as the United States Marshal may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition within thirty (30) days of the final publication of this notice, which will be July 5, 2007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY

**The deadline for Legal Monday is 3 days prior to publication date.**



This su
New Orl
heritag
talent, j
has beer
or mor

Re

Rates an
Offer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

W4444444444444444444444444444444444444444444444444444444444
UNITED STATES OF AMERICA,

    Plaintiff,

    - v -

SAMUEL ISRAEL,

                    Defendant.
4444444444444444444444444444444444444444444444444444444444

# NOTICE OF PUBLICATION
# 05 Cr. 1039 (CM)

4444444444444444444444444444444444444444444444444444========


MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1048


                    BARBARA WARD
                    **Assistant United States Attorney**
                    **-Of Counsel-**