## MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.



ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
(1940-2002)

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

JENNIFER L. ACHILLES
DAVID C. AUSTIN
LAWRENCE H. BARNES*
CHRISTOPHER A. BOYSMAN**
BENJAMIN S. FISCHER
ELIZABETH HAINES**
JAMES V. HAYES***
RACHEL HEMANI
TIMOTHY P. HUDSON**
RENÉE L. JARUSINSKY
JASMINE JUTEAU
THOMAS M. KEANE
RACHEL M. KORENBLAT
DUNCAN P. LEVIN
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ**
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

*ALSO ADMITTED NH
**ADMISSION PENDING
***ALSO ADMITTED IN WASHINGTON D.C.
****ADMITTED IN ILLINOIS ONLY
*****ALSO ADMITTED IN MASSACHUSETTS

August 9, 2006

**MEMO ENDORSED**

8/10/07

Since the Gov't consents, the Court grants defendant's request

/s/ McM

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:  *United States v. Samuel Israel III*, 05 Cr. 1039

Dear Judge McMahon:

This firm represents Samuel Israel III in the above-referenced matter. Mr. Israel has a sentencing control date of September 21, 2007. Currently, his conditions of release permit Mr. Israel to travel within the Southern and Eastern Districts of New York. These conditions were previously modified to allow Mr. Israel to attend to personal matters.

Mr. Israel would like to travel with his 13-year-old son, Jake, to visit his family in New Orleans and Chicago between August 20 and September 3, 2007. Pursuant to Mr. Israel's divorce agreement with his ex-wife, Mr. Israel may take Jake on a two week vacation during the summer. Mr. Israel would like to travel to New Orleans with Jake to spend time with Mr. Israel's mother, grandmother, brother, and nephews. Mr. Israel would then like to travel with his mother and son to Chicago, to visit with Mr. Israel's ailing father and second brother. Mr. Israel's trip will be paid for by Mr. Israel's parents, and Mr. Israel will provide a detailed itinerary of the trip to pre-trial services.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

Honorable Colleen McMahon     -2-     August 9, 2007
Page 2

    By this letter, we ask the Court to modify Mr. Israel's conditions of release to allow him to visit his family in New Orleans and Chicago between August 20 and September 3, 2007. We have raised this request with the U.S. Attorney's Office, and AUSA Marcia Cohen informed us that the Office has no opposition to this application.

                                        Respectfully submitted,

                                        Lawrence S. Bader

cc:    AUSA Marcia Cohen
       AUSA Margery Feinzig
       AUSA Perry Carbone
       Pretrial Services