# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN H. JURIS
ROBERT G. MORVILLO
BARBARA MOSES
JODI MISHER PEIKIN
JONATHAN S. SACK
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR
CYRUS R. VANCE JR
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2003

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9505

JENNIFER L. ACHILLES
CANDICE ALOISI
DAVID C. AUSTIN
LAWRENCE M. BARNES*
JAMES DARROW
BENJAMIN S. FISCHER
ELIZABETH HA NES
JAMES V. HAYES
RACHEL HEMANI
MATTHEW HOMBERGER
TIMOTHY M. HUGSON**
JASMINE JUTEAU
THOMAS M. KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

**MEMO ENDORSED**

December 17, 2007

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

12-21-07
Granted

Re: *United States v. Samuel Israel III*, 05 Cr. 1039

Dear Judge McMahon:

    This firm represents Samuel Israel III in the above-referenced matter. Currently, his conditions of release permit Mr. Israel to travel within the Southern and Eastern Districts of New York. These conditions previously have been modified to allow Mr. Israel to visit his family, attend his son's basketball games, and attend to personal business.

    Mr. Israel would like to travel to Louisiana with his teenage son, Jake, to visit Mr. Israel's parents over the holidays. He would like to leave New York with Jake on December 22, and return to New York on December 28, 2007. The trip will be paid for by Mr. Israel's parents, and Mr. Israel will provide a detailed itinerary of the trip to pre-trial services.

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

Honorable Colleen McMahon -2- December 17, 2007

      By this letter, we ask the Court to modify Mr. Israel's conditions of release to allow him to travel to Louisiana to spend time with his family. I have raised this request with AUSA Perry Carbone, who consents to this application.

      Respectfully submitted,

      Barbara L. Trencher

cc:    AUSA Perry Carbone
       AUSA Margery Feinzig
       Pretrial Services