**EXHIBIT 4**

TERRY GODDARD, Attorney General
Firm Bar No. 14000
Cameron H. Holmes #004983
Section Chief Counsel
Financial Remedies Section
1275 West Washington Street
Phoenix, Arizona 85007-2926
Attorneys for the STATE
CRMRacketeering@azag.gov



FILED
10/18/06  8:15 a.m.
MICHAEL K. JEANES, Clerk
By C. D. Miller
Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

In the matter of:
The proceeds of Wachovia Corporation
Direct Deposit Account Numbers:
2000026084477, 2000026090429,
2000026090432 and 2000026096326,
in the name of Majestic Capital Management

Case No: CV 2005-008698

(Cross Reference # SW 2005-001633)

**ORDER DIRECTING TRANSFER OF RELEASED FUNDS RE: ACCOUNT # 2000026084477**

The State of Arizona having released the property described as the proceeds of Wachovia Corporation Direct Deposit Account Number 2000026084477, together with all interest attributable to such proceeds from the date of seizure, pursuant to A.R.S. §13-4306(A):

IT IS ORDERED that the State Treasurer of the State of Arizona shall cause to be issued a wire transfer of the proceeds of Wachovia Corporation Direct Deposit Account Number 2000026084477, together with all interest attributable to such proceeds to:

```
 1    Federal Reserve Bank of NY
      ABA# 021030004
 2    ALC# 00008154
 3
      33 Liberty Street
 4    NY, NY 10045

 5  Account Name: United States Marshals Service

 6  Deposit Reference: CATS# 05-FBI-004712 "Bayou Group"

 7
         DONE IN OPEN COURT this 16th day of October, 2006.
 8
 9
10                                    _____
                                      Paul M. M____
11                                    THE HONORABLE PAUL MCMURDIE
                                      JUDGE OF THE SUPERIOR COURT
12

13  ORIGINAL and 3 copies lodged
    this 16th day of October, 2006, with:
14
    THE HONORABLE PAUL MCMURDIE
15  Maricopa County Superior Court
    101 West Jefferson, ECB 413
16  Phoenix, AZ 85003

17

18  Upon signing/filing of the Order,
    conformed copies were mailed
19  by the Court to:

20  Cameron H. Holmes
    Attorney General's Office
21  Financial Remedies Section
    1275 W. Washington
22  Phoenix, AZ 85007

23  _____

24

25

26
```

2

# EXHIBIT 5 – A

Case 1:05-cr-01039-CM     Document 39-3     Filed 01/18/2008     Page 4 of 10

| Investor Name | Adversary Proceeding Number | Total Investments | Total Redemptions | Profits Returned |
|---|---|---|---|---|
| UT Medical Group Inc. Basic Pension Plan | 06-08292-ash | $2,000,000 | $2,432,847 | $432,847 |
| Steve Rubin | 06-08391-ash | $500,000 | $566,600 | $66,600 |
| Dalsy Family LP | 06-08397-ash | $420,000 | $514,400 | $94,400 |
| Chula Partners LP | 06-08399-ash | $1,000,000 | $1,018,100 | $18,100 |
| The David L. Lieb Foundation Inc. | 06-08417-ash | $475,000 | $535,600 | $60,600 |
| Harris & Arlene Kaplan | 06-08393-ash | $400,000 | $453,200 | $53,200 |
| Prosperity Inc. | 06-08405-ash | $1,000,000 | $1,052,300 | $52,300 |
| Keith Arroyo | 06-08425-ash | $250,000 | $297,178 | $47,178 |

    b.    <u>Settlement of Adversary Proceeding Commenced by Bayou Management</u>

The Debtors have entered into one (1) settlement where the defendant has agreed to return the entirety of the Redemption Payment received from Bayou Management in the amount of $674,283. After notice and a hearing, the Bankruptcy Court approved this settlement pursuant to Bankruptcy Rule 9019 and the Debtors received $674,283 for the benefit of Bayou Management.

ERF Hedge Fund LLC was an investor in the Bayou Off-Shore Funds in the amount of $6,000,000 and also received a Redemption Payment from Bayou Off-Shore Funds in the amount of $5,642,500 which it did not return as part of this settlement because the Appointment Order specifically preserved and reserved causes of action such as this for the Liquidators of the Off-Shore Funds.

This defendant did not retain a claim against Bayou Management on account of the payment to the Debtors pursuant to Bankruptcy Code § 502(h) because there was no consideration to Bayou Management for the Redemption Payment made and thus no resulting claim against Bayou Management. However, the settlement agreement does not preclude this defendant from being recognized as a victim and maintaining a claim against Government Funds held by the United States for that portion of the settlement payment that represented a repayment of its principal Investment in the Bayou Off-Shore Funds.

    c.    <u>Settlements Requiring Complete Return of Principal and Fictitious Profits</u>

The Debtors have entered into one (1) settlement where the Redeemer Defendant agreed to disgorge the entirety of the Redemption Payment it received from the Debtors -- $713,000, including the entire portion of the Redemption Payment equal in amount to the principal Investment and the entire portion of the Redemption Payment consisting of purported profits on that investment. In essence, after payment of the settlement amount, Tom and Nancy Juda Living Trust will be placed in the same position as all other Investor Creditors and will have an Allowed Class 3 Investor Creditor Unsecured Claim against the Bayou Hedge Funds in the amount of its principal Investment. In addition, the settlement agreement does not preclude this defendant from being recognized as a victim and maintaining a claim against Government Funds held by the United States for that portion of the settlement payment equal in amount to the Investment. This settlement was approved by the Bankruptcy Court, after notice and a hearing. One of the Redeemer Defendants filed a notice of appeal from the Bankruptcy Court's order approving the settlement agreement; the appeal was subsequently withdrawn.

    d.    <u>Settlements Requiring Return of Fictitious Profits and 50% or More of Principal</u>

The Debtors have entered into 66 settlements where the Redeemer Defendant agreed to disgorge at least 50% of the Redemption Payment equal to the Redeemer Defendant's principal Investment and the entire portion of the Redemption Payment consisting of purported profits, if any, on that Investment.

Each of these Redeemer Defendants has waived any and all claims against the Debtors' Estates and is not an Investor Creditor. These settlements do not preclude these Redeemer Defendants from being recognized as victims and maintaining a claim against the Government Funds for that portion of the settlement payment equal in amount to the Investment. Separate orders were entered by the Bankruptcy Court approving these settlements, after notice and a hearing. In total, these settlement agreements have resulted in the recovery of $28,767,713 for the benefit of the Debtors' Estates. The Debtors entered into settlement agreements requiring the return of at least half of a Redeemer Defendant's Redemption Payment of principal and all of the fictitious profits, if any, as follows:

| Investor Name | Adversary Proceeding Number | Total Investments | Total Redemptions | Profits Returned | Principal Returned | Settlement Amount | Percentage of Principal Returned |
|---|---|---|---|---|---|---|---|
| Eric & Diane Garfinkel | 06-08294-ash | $2,000,000 | $2,081,000 | $81,000 | $750,000 | $831,000 | 50% |
| Antonia M. Marsden Revocable Trust | 06-08317-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Barrett & Claire Klein | 06-08319-ash | $250,000 | $305,629 | $55,629 | $125,000 | $180,629 | 50% |
| Daedalus Financial Corporation | 06-08322-ash | $250,000 | $320,383 | $70,383 | $125,000 | $195,383 | 50% |
| Dale A. Sauser Trust | 06-08323-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Doug Brown II | 06-08324-ash | $250,000 | $302,336 | $52,336 | $125,000 | $177,336 | 50% |
| John J. Shea Jr. | 06-08326-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Elizabeth S. Gile-Ratcliff | 06-08327-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Gary & Judith Hegewald | 06-08330-ash | $250,000 | $305,629 | $55,629 | $125,000 | $180,629 | 50% |
| Graves Family Partnership | 06-08331-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| J. Robert Routt | 06-08334-ash | $250,000 | $305,629 | $55,629 | $125,000 | $180,629 | 50% |
| Inherited IRA of John Sammond Marital Trust #1 and Diana Denholm Sammond | 06-08335-ash | $719,997 | $870,723 | $150,726 | $359,999 | $510,725 | 50% |
| Wesley E. Mudge Trust | 06-08345-ash | $670,000 | $754,376 | $84,376 | $210,000 | $294,376 | 50% |
| Volunteer, LLC | 06-08346-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Thomas Swanson | 06-08347-ash | $300,000 | $356,370 | $56,370 | $125,000 | $181,370 | 50% |
| Thomas Gardiner | 06-08348-ash | $500,000 | $582,091 | $82,091 | $250,000 | $332,091 | 50% |
| Wright Family Capital LP | 06-08350-ash | $1,000,000 | $1,140,660 | $140,660 | $500,000 | $640,660 | 50% |
| Zoltan & Marilyn Horvath | 06-08351-ash | $460,000 | $523,372 | $63,372 | $230,000 | $293,372 | 50% |
| Ronald A. Bonham & Angela J. Leslie | 06-08352-ash | $250,000 | $302,336 | $52,336 | $125,000 | $177,336 | 50% |
| Ronald E. & Marilyn Eastman | 06-08353-ash | $100,000 | $120,934 | $20,934 | $50,000 | $70,934 | 50% |
| Warren L. & Lynda M. Bauer | 06-08354-ash | $250,000 | $302,326 | $52,326 | $125,000 | $177,326 | 50% |
| Walter Ratterman | 06-08355-ash | $250,000 | $305,629 | $55,629 | $125,000 | $180,629 | 50% |
| Wintsch Family Trust | 06-08356-ash | $250,000 | $311,031 | $61,031 | $125,000 | $186,031 | 50% |
| Ronald & Jenyne Weingart | 06-08357-ash | $250,000 | $305,629 | $55,629 | $125,000 | $180,629 | 50% |
| Overkill Investments Inc. | 06-08358-ash | $250,000 | $279,300 | $29,300 | $100,000 | $129,300 | 50% |
| Margaret J. Hartzler IRA and Margaret J. Hartzler | 06-08359-ash | $250,000 | $302,336 | $52,336 | $125,000 | $177,336 | 50% |
| Charles Weidmer Trust | 06-08360-ash | $250,000 | $302,336 | $52,336 | $125,000 | $177,336 | 50% |
| Meyer Investment Partners and C. Paul Meyer | 06-08361-ash | $400,000 | $440,939 | $40,939 | $200,000 | $240,939 | 50% |
| Morris Investment Company | 06-08362-ash | $250,000 | $298,220 | $48,220 | $100,000 | $148,220 | 50% |
| Neal & Jean Ross Family Trust | 06-08363-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Waldorff Family Trust | 06-08364-ash | $250,000 | $302,336 | $52,336 | $125,000 | $177,336 | 50% |
| John C. Brunk III, John C. Brunk IRA, and John C. Brunk Rollover IRA | 06-08366-ash | $250,000 | $302,336 | $52,336 | $125,000 | $177,336 | 50% |
| John H. Waldock Trust | 06-08367-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Raleigh L. Shaklee Trust | 06-08369-ash | $1,000,000 | $1,222,513 | $222,513 | $500,000 | $722,513 | 50% |
| Richard A. Lewis and Roberta D. Lewis Trust | 06-08370-ash | $250,000 | $320,383 | $70,383 | $125,000 | $195,383 | 50% |
| Dorothy H. Bjurstrom Trust | 06-08374-ash | $250,000 | $305,628 | $55,628 | $125,000 | $180,628 | 50% |
| Shangri-La LLC | 06-08385-ash | $1,505,000 | $1,442,099 | | $689,599 | $689,599 | 50% |

| Investor Name | Adversary Proceeding Number | Total Investments | Total Redemptions | Profits Returned | Principal Returned | Settlement Amount | Percentage of Principal Returned |
|---|---|---|---|---|---|---|---|
| Insight Multi-Strategy Fund, LLC F/K/A LWM Aggressive Multi-Strategy Fund | 06-08386-ash | $3,500,000 | $3,350,507 | | $1,600,507 | $1,600,507 | 50% |
| George Crowley | 06-08392-ash | $500,000 | $499,300 | | $249,300 | $249,300 | 50% |
| Michael & Marilyn Lebowitz | 06-08395-ash | $350,000 | $405,600 | $55,600 | $175,000 | $230,600 | 50% |
| Gerald Friesen | 06-08396-ash | $500,000 | $499,300 | | $249,300 | $249,300 | 50% |
| Canning Limited Partnership | 06-08400-ash | $1,000,000 | $965,400 | | $465,400 | $465,400 | 50% |
| Terry A. Perl Revocable Trust | 06-08402-ash | $560,000 | $549,400 | | $269,400 | $269,400 | 50% |
| SGW Holdings LLC | 06-08404-ash | $1,060,000 | $1,029,100 | | $499,100 | $499,100 | 50% |
| Schilit Family Partnership | 06-08406-ash | $2,175,000 | $2,111,500 | | $1,024,000 | $1,024,000 | 50% |
| Jewish Federation of Greater Washington | 06-08407-ash | $2,000,000 | $1,914,700 | | $914,700 | $914,700 | 50% |
| Meyer Mutual Fund LLC | 06-08408-ash | $500,000 | $484,100 | | $234,100 | $234,100 | 50% |
| Bansal Foundation | 06-08409-ash | $1,000,000 | $957,700 | | $457,700 | $457,700 | 50% |
| Joseph & Barbara Kampf | 06-08410-ash | $800,000 | $745,400 | | $345,400 | $345,400 | 50% |
| Ciconia & Co., LLC | 06-08411-ash | $760,000 | $808,500 | $48,500 | $380,000 | $428,500 | 50% |
| Gary Brown Revocable Trust | 06-08414-ash | $500,000 | $499,300 | | $249,300 | $249,300 | 50% |
| Small Family Trust | 06-08416-ash | $1,000,000 | $998,500 | | $498,500 | $498,500 | 50% |
| Douglas Wolford and Karen Wolford | 06-08429-ash | $1,000,000 | $932,400 | | $432,400 | $432,000 | 50% |
| DOR Family LLC | 06-08436-ash | $1,000,000 | $1,008,700 | $8,700 | $500,000 | $508,700 | 50% |
| Bradley Siegel and Jill Siegel | 06-08388 ash | $250,000.00 | $323,500.00 | $73,500.00 | $125,000 | $198,500 | 50% |
| Roseanne Iuculano IRA and Roseanne Iuculano | 06-08424 ash | $300,000.00 | $388,190.00 | $88,190.00 | $150,000 | $238,190 | 50% |
| Howard Kra and Howard Kra IRA | 06-08426 ash | $300,000.00 | $351,000.00 | $51,000.00 | $150,000 | $201,000 | 50% |
| Lawrence Siegel | 06-08427 ash | $250,000.00 | $303,826.00 | $53,826.00 | $125,000 | $178,826 | 50% |
| Gary Frank IRA and Gary Frank | 06-08428 ash | $250,000.00 | $323,435.86 | $73,435.86 | $125,000 | $198,436 | 50% |
| Robert Futterman IRA and Robert Futterman | 06-08432 ash | $306,920.49 | $373,070.00 | $66,149.51 | $153,460 | $219,610 | 50% |
| Samuel E. Christen | 06-08349-ash | $825,000 | $946,498 | $121,498 | $468,502 | $590,000 | 57% |
| Eric & Harriet Rothfeld | 06-08433-ash | $1,500,000 | $1,907,455 | $407,455 | $915,000 | $1,322,455 | 61% |
| TAG Master Hedged Equity Fund LLC | 06-08489-ash | $4,800,000 | $5,896,618 | $1,096,618 | $2,928,000 | $4,024,618 | 61% |
| Trust Agreement for the Deferral Plan for Senior Executive Officers of Triarc Companies Inc. - F/B/O Peter May | 06-08490-ash | $591,050 | $735,611 | $144,561 | $360,541 | $505,102 | 61% |
| Trust Agreement for the Deferral Plan for Senior Executive Officers of Triarc Companies Inc. - F/B/O Nelson Peltz | 06-08491-ash | $1,182,100 | $1,471,222 | $289,122 | $721,081 | $1,010,203 | 61% |
| PCM Multi-Strategy LP | 06-08492-ash | $2,650,000 | $3,025,331 | $375,331 | $1,616,500 | $1,991,831 | 61% |

6.  Current Status of the Adversary Proceedings

At pretrial conferences held before the Bankruptcy Court on July 30, 2007, the Bankruptcy Court directed that the Adversary Proceedings proceed on a "rocket docket" and directed that all discovery be complete on or before November 5, 2007. The Debtors conducted 56 depositions of the Redeemer Defendants and third parties during this period. The Redeemer Defendants conducted three depositions, including the deposition of the Sole Managing Member. The Debtors proffered the "Expert Witness Report of William K. Lenhart" and the Defendants conducted an expert witness deposition of Mr. Lenhart. On behalf of 25 of the Redeemer Defendants, the Redeemer Defendants represented by the firm of Sonnenschein, Nath & Rosenthal LLP, proffered the "Expert Witness Report of Russell Kranzler" and Freestone Low Volatility Partners LP proffered the "Expert Witness Report of Barry Levine."

31

# EXHIBIT 5 – B

D.  Adversary Proceedings Against Redeeming Investors

At the direction of the Sole Managing Member, the Debtors have undertaken a litigation strategy aimed at avoiding and recovering for the benefit of the Debtors and their Estates Redemption Payments made by the Debtors to certain investors who redeemed all or part of their investments in the Bayou Hedge Funds. To that end, the Debtors have commenced and vigorously prosecuted 131 unique adversary proceedings (the "Adversary Proceedings") against such redeeming investors who received payments from the Debtors within two years of the Petition Date (the "Redeemer Defendants"). The history, status, and nature of the Adversary Proceedings are described in more detail below.

1.  Commencement of Adversary Proceedings

The Debtors commenced 4 Adversary Proceedings on the Petition Date. Between June 1, 2006 and May 10, 2007, the Debtors commenced an additional 116 Adversary Proceedings against similarly-situated Redeemer Defendants. The Debtors also commenced 11 adversary proceedings that were subsequently voluntarily dismissed.

Of the 131 Adversary Proceedings, 44 Adversary Proceedings remain pending. The Debtors are in the process of finalizing settlement agreements with defendants in 8 of the Adversary Proceedings, and thus there are 36 active Adversary Proceedings. Taken together, these 36 active Adversary Proceedings seek to avoid and recover redemption payments totaling $94,823,830, including $85,063,583 in transfers equal in amount to the Redeemer Defendants' principal Investment and $9,760,247 in fictitious profits. In the 66 other Adversary Proceedings, the Debtors have entered into separate settlement agreements with the Redeemer Defendants. The pending Adversary Proceedings are:

| DEFENDANT INFORMATION | | INVESTMENT INFORMATION | | | PROFITS |
|---|---|---|---|---|---|
| Defendant | Adversary Proceeding Number | Total Investment | Total Redemptions | Total Redemption of Principal on or after 5/30/04 | Fictitious Profits |
| WAM Long/Short Fund II, L.P. | 06-08293-ash | $1,000,000 | $1,175,969 | $1,000,000 | $175,969 |
| Redwood Growth Partners, L.P. | 06-08318-ash | $2,250,000 | $2,916,502 | $1,200,000 | $666,502 |
| Christian Brothers High School Endowment | 06-08320-ash | $1,600,600 | $1,911,322 | $1,600,600 | $310,722 |
| D. Canale Beverages, Inc. | 06-08321-ash | $4,000,000 | $5,240,582 | $1,500,000 | $1,240,582 |
| Fred Montesi IRA and Fred Montesi | 06-08329-ash | $103,652 | $142,005 | $103,652 | $38,353 |
| Helen Yulman Revocable Trust | 06-08332-ash | $450,000 | $480,064 | $450,000 | $30,064 |
| Heritage Hedged Equity Fund LP | 06-08333-ash | $4,625,000 | $6,411,335 | $4,625,000 | $1,786,335 |
| John D. Canale III | 06-08336-ash | $999,980 | $1,254,310 | $999,980 | $254,330 |
| KFI Capital Partners LLC | 06-08337-ash | $400,000 | $456,747 | $400,000 | $56,747 |
| Mary P. Smythe Residuary Trust | 06-08338-ash | $1,250,000 | $1,794,795 | $1,250,000 | $544,795 |
| Mary Jane Pidgeon Sledge | 06-08339-ash | $900,000 | $1,133,001 | $900,000 | $233,001 |
| Mayer & Morris Kaplan Foundation | 06-08340-ash | $600,000 | $722,306 | $600,000 | $122,306 |
| YK Investment Partnership II | 06-08341-ash | $1,000,000 | $1,113,163 | $1,000,000 | $113,163 |
| Marvin E. Bruce Living Trust | 06-08368-ash | $1,775,000 | $2,396,445 | $1,775,000 | $621,445 |
| Freestone Low Volatility Partners LP | 06-08373-ash | $5,800,000 | $6,419,016 | $5,800,000 | $619,016 |
| William Strang | 06-08387-ash | $500,000 | $647,000 | $500,000 | $147,000 |
| Randall M. & Sheryl B. Rothstein | 06-08389-ash | $250,000 | $320,015 | $250,000 | $70,015 |
| Alan Osofsky | 06-08398-ash | $250,000 | $320,015 | $250,000 | $70,015 |
| Madison Capital Advisors Ltd. | 06-08403-ash | $200,000 | $519,734 | $50,000 | $319,734 |
| Highgate Partners LP | 06-08412-ash | $850,000 | $981,100 | $850,000 | $131,100 |
| DW Resources Defined Benefit Plan & Marc Daniels | 06-08415-ash | $250,451 | $324,085 | $250,451 | $73,634 |
| Pomerance Family Trust | 06-08418-ash | $210,000 | $259,700 | $210,000 | $49,700 |
| Michael Mann | 06-08419-ash | $500,000 | $453,900 | $453,900 | |
| Myrna Bennett | 06-08420-ash | $50,000 | $152,700 | $50,000 | $102,700 |

| DEFENDANT INFORMATION | | INVESTMENT INFORMATION | | | PROFITS |
|---|---|---|---|---|---|
| Defendant | Adversary Proceeding Number | Total Investment | Total Redemptions | Total Redemption of Principal on or after 5/30/04 | Fictitious Profits |
| H&B Hedge Fund II LLC | 06-08422-ash | $2,000,000 | $2,607,438 | $2,000,000 | $607,438 |
| Marc Fleisher IRA and Marc Fleisher | 06-08423-ash | $250,000 | $323,500 | $250,000 | $73,500 |
| Peter Haje IRA and Peter Haje | 06-08430-ash | $500,000 | $610,995 | $500,000 | $110,995 |
| Kevin Bass | 06-08431-ash | $250,000 | $312,947 | $250,000 | $62,947 |
| Michael Davidson | 06-08435-ash | $250,000 | $320,016 | $250,000 | $70,016 |
| Sterling Stamos Growth Fund, L.P. et al | 06-08493-ash | $29,700,000 | $28,959,200 | $28,591,000 | $367,600 |
| DB Structured Products, Inc. | 06-08494-ash | $16,500,000 | $16,929,200 | $16,500,000 | $429,200 |
| High Sierra Investments | 07-08243-ash | $10,000,000 | $8,300,000 | $8,300,000 | |
| John Barr III IRA and John Barr III | 07-08244-ash | $50,000 | $134,334 | $50,000 | $84,334 |
| Neil D. Cohen | 07-08245-ash | $500,000 | $600,772 | $500,000 | $100,772 |
| Edward & Virginia Sorkin | 07-08246-ash | $250,000 | $326,217 | $204,000 | $76,217 |
| Trail Ridge Flatiron Fund LP | 07-08247-ash | $2,000,000 | $1,600,000 | $1,600,000 | |

   The Debtors have commenced Adversary Proceedings against every Investor of which they are aware who sought and received a full redemption of its Investment during the two-year period prior to the Petition Date. Although the Debtors continue to review their books and records and investigate potential claims against other investors, the Debtors believe that they have sued every Investor who fully redeemed during the two-year period prior to the Petition Date.

   The Debtors have not yet commenced adversary proceedings against those Investors who fully redeemed their investments prior to the two-year period prior to the Petition Date. None of these Investors is a creditor on account of the redeemed Investment. Based on a review of their books and records and the Bayou Investor Questionnaires completed by Investors pursuant to the Debtors' Rule 2004 subpoenas (see section E.1 below), the Debtors believe that there are at least 50 such Investors, who in the aggregate received redemption payments totaling $35,161,479, including $30,788,434 equal to their principal Investments and $4,373,045 in fictitious profits. The Debtors continue to review their books and records to identify any other redeeming Investors. The Debtors anticipate commencing adversary proceedings against some or all of such Investors in the upcoming months. Upon the Plan Effective Date, these claims will be transferred to the Bayou Hedge Funds Litigation Trust.

   The Debtors have commenced Adversary Proceedings against some, although not all, partial redeemer investors (the "Partial Redeemers"), i.e., those Investors who received Redemption Payments equal to a portion of their principal Investments, but not the entirety of such principal Investment. The determination of whether to commence adversary proceedings against such Partial Redeemers was made on a fact-specific basis taking into account the amount, timing, and sequence of the investments made and redemptions received by such investors.

   Except in one case, the beneficial owner and decision maker of each Partial Redeemer against whom the Debtors have commenced an Adversary Proceeding actually sought full redemption of its Investment. Indeed, the Debtors have commenced Adversary Proceedings against every Partial Redeemer who sought full redemption of its Investment within the two-year period prior to the Petition Date, even if such Investor did not ultimately receive Redemption Payments equal to its entire principal Investment. In addition, the Debtors commenced an Adversary Proceeding against one Partial Redeemer who received a partial redemption of 80% of its principal Investment in May 2005, only months prior to the collapse of the Bayou Hedge Funds.

   There are eighteen Partial Redeemers that the Debtors have not yet sued. The Debtors are mindful that true Partial Redeemers (those who sought only a partial withdrawal, rather than full

24