**K&L|GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006-1600

T 202.778.9000    www.klgates.com

January 28, 2008

Richard A. Kirby
202.661.3730
richard.kirby@klgates.com

**VIA HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007
Fax: (212) 805-6326

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

We represent the Official Creditors Committee of the Bayou Family of Companies (the "Committee") and write on behalf of the Committee to support the position of the United States Attorney in his letter of January 25, 2008 regarding restitution in the above-referenced cases. The undersigned individual Committee members and ex officio members join this letter in their individual capacities.

The United States Attorney proposes that the Bayou Victims' Restitution Fund be distributed in tranches, with an appropriate reserve established to protect the interests of adversary defendants in the Bayou bankruptcy with possible future claims. The Committee strongly urges the Court to agree to the proposed mechanism for distribution of Bayou's forfeited assets and not to delay any partial distributions to current victims pending resolution of all adversary proceedings.

If the Court establishes a reserve to protect the contingent interests of the Bayou adversary defendants, it is wholly unnecessary to delay a partial distribution from the Bayou Victims' Restitution Fund to Bayou's current identified victims. The adversary defendants will be more than fully protected by the reserve. Indeed, the adversary defendants' petitions acknowledge that the establishment of a reserve is entirely sufficient to protect their interests and, therefore, a delay of distributions to current victims pending resolution of their proceedings would be superfluous.

The current draft of the proposed restitution order received from the United States Attorney's office lists a total of $309 million in victim claims. In addition, the adversary defendants

**K&L|GATES**

The Honorable Colleen McMahon
January 28, 2008
Page 2

have contingent claims which we estimate at $85 million. Thus, any reserve amount would be established with the following formula:

$$\text{Reserve} = \text{Bayou Restitution Fund Total} \times \frac{\text{Total contingent victim claims}}{\left[\begin{array}{c}\text{Total non-contingent} \\ \text{victim claims}\end{array} + \begin{array}{c}\text{Total contingent} \\ \text{victim claims}\end{array}\right]}$$

For example: assume that: (1) the amount of contingent victim claims is $85 million, (2) the amount to be disbursed from the Bayou Victims' Restitution Fund is $106 million, and (3) the amount of the non-contingent victim claims is $309 million, then the amount of a reserve would be $22.87 million [$106m x [$85m/$394m]. Thus the balance of $83.13 million could be distributed to current victims while fully protecting the rights of the contingent victim claimants.

By establishing a reserve from the Bayou Victims' Restitution Fund that fully covers the maximum possible contingent claims of the adversary defendants, the United States Attorney's proposal to distribute the restitution funds in tranches will ensure that the adversary defendants are not prejudiced by any partial distribution to Bayou's identified current victims.

We request that the Court construe this letter as a motion pursuant to 18 U.S.C. § 3771(d)(3). We also request the opportunity to be heard regarding these matters at Marino's sentencing or in a separate hearing as established by the Court. Bayou's investor-victims have waited two and one-half years for the return of the money that Bayou's principals defrauded from them. Further delay of the initial distribution of the Bayou Victims' Restitution Fund will only cause Bayou's victims needless additional financial hardship.

Very truly yours,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By /s/ Richard A. Kirby

cc: See attached service list

# SILVERCREEK

1301 Fifth Ave., 40th Floor    T | 206.774.6000    153 East 53rd St., 59th Floor    T | 212.310.5555
Seattle, Washington 98101    F | 206.774.6010    New York, New York 10022    F | 212.310.5545

www.silvercreekcapital.com

January 28, 2008

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re: *United States v. Marino* (05-1036)
*United Sates v. Israel* (05-1039)
*United States v. Marquez* (06-1138)

Dear Judge McMahon:

I, Jonathan Fisher, on behalf of Silver Creek Long/Short Holdings, L.L.C., a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee.

I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Sincerely yours,

Silver Creek Capital Management LLC,
Managing Member of Silver Creek Long/Short Holdings, L.L.C.

_____
Jonathan Fisher
Secretary and General Counsel

Silver Creek Capital Management LLC



Louis A. Isakoff
*Vice President and General Counsel*

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino (05-1036)*
      *United States v. Israel (05-1039)*
      *United States v. Marquez (06-1138)*

Dear Judge McMahon:

I, Louis A. Isakoff, on behalf of Regent University, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008

By: _____
Regent University
Louis A. Isakoff
Vice President & General Counsel



*Christian Leadership to Change the World* • 1000 Regent University Drive, Virginia Beach, VA 23464-9800
757.226.2794 • FAX 757.226.2793 • isakoff@regent.edu • www.regent.edu

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I _Robert T. Korn_, on behalf of _Lenhardt Partners, L.P._, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date: January 28, 2008

_[signature]_
6800 Capital, LLC

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re: *United States v. Marino* (05-1036)
*United Sates v. Israel* (05-1039)
*United States v. Marquez* (06-1138)

Dear Judge McMahon:

I _Robert T. Kirk_, on behalf of _Brandpa Fund, LP_, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date: January 28, 2008       _Robert V. Kirk_
                             _6800 Capital, LLC_

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I __John H. Williams__, on behalf of __John H. Williams__, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date: January 28, 2008                                    _John H. Williams_

## BAKER & DANIELS LLP

EST. 1863

600 E. 96th Street, Suite 600 • Indianapolis, Indiana 46240
Tel. 317.569.9600 • Fax 317.569.4800
www.bakerdaniels.com

JAY JAFFE
Attorney at Law
Direct 317.569.4687
jay.jaffe@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United States v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

The undersigned, as attorney for and on behalf of DePauw University, a Bayou victim with a recognized claim in the amount of $3,250,000 in the referenced cases, joins in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. Any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to DePauw University and other victims of the Bayou fraud.

Dated: January 28, 2008

_____
Jay Jaffe

BDDB01 5109784v1

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I __Joe McDonough__, on behalf of __Woodland Family Partners__, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008                    _Joe McDonough /SPL_

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I _Joe McDonough_, on behalf of _Byron Foster Trust_, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008                    _Joe McDonough_ /SPL

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I _Joe McDonough_, on behalf of _Eye & Ear Foundation_, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008                         _Joe McDonough / SPC_

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I __Joe McDonough__, on behalf of __Beckwith Investment, Ltd.__, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008                     _Joe McDonough /SPL_

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I __Joe McDonough__, on behalf of __Weiner Investments LP__, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008                    _Joe McDonough /SPL_

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I **Joe McDonough**, on behalf of **Longboat Capital Partners**, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008                    *Joe McDonough /SPL*

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:   *United States v. Marino* (05-1036)
      *United Sates v. Israel* (05-1039)
      *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I __Joe McDonough__, on behalf of __Muse Group__, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date:   January 28, 2008                     __Joe McDonough /SPL__

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:  *United States v. Marino* (05-1036)
     *United Sates v. Israel* (05-1039)
     *United States v. Marquez* (06-1138)

Dear Judge McMahon:

I, _James A Martin_, on behalf of _Phoenician Trading Partners LP_, a Bayou victim with a recognized claim in the referenced cases, join in the letter submitted by K&L Gates to the Court dated January 28, 2008 on behalf of the Official Bayou Creditors' Committee. I believe any further delay of distribution of the Bayou Victims' Restitution Fund would exacerbate the financial distress and harm already caused to victims of the Bayou fraud.

Date: January 28, 2008

## SERVICE LIST

| Counsel | Client | Email |
|---|---|---|
| Andrew Bruce Bowman<br>Law Offices of Andrew B. Bowman<br>1804 Post Road East<br>Westport, CT 06880 | Daniel Marino | |
| Lawrence S. Bader<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.<br>565 Fifth Avenue<br>New York, New York 10017<br>(T) 212.856.9600<br>(F) 212.856.9494 | Samuel Israel III | lbader@maglaw.com |
| Bradley Drew Simon<br>Simon & Partners LLP<br>30 Rockefeller Plaza, 42nd Floor, New York, NY 10112<br>Phone (212) 332-8900<br>Fax (212) 332-8909 | James G. Marquez | bradsimon@simonlawyers.com |
| Stanley A. Twardy<br>Day Pitney LLP<br>One Canterbury Green<br>201 Broad Street<br>Stamford, CT 06901 | James G. Marquez | satwardy@daypitney.com |
| Carole Neville<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Phone: 212.768.6700 | Sonnenschein Investors | cneville@sonnenschein.com |

| Counsel | Client | Email |
|---|---|---|
| Fax: 212.768.6800 | | |
| Stuart Evan Kahan<br>Oxman Tulis Kirkpatrick Whyatt & Geiger LLP<br>120 Bloomingdale Road<br>White Plains, NY 10605<br>Phone: (914)422-3900<br>Fax: (914)422-3636 | Busey Bank | |
| Joseph Allen<br>Jaeckle Fleischmann & Mugel, LLP<br>12 Fountain Plaza<br>Buffalo, NY 14202-2292<br>P: 716.843.3802<br>F: 716.856.0432 | Christian Brothers High School Endowment | jallen@jaeckle.com |
| Michael L. Cook<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2150<br>(212) 593-5955 fax | Sterling Stamos Security Fund, LP, et al. | michael.cook@srz.com |
| Heidi J. Sorvino<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, New York 10022-2585 | Peter Haje | heidi.sorvino@kattenlaw.com |

| Counsel | Client | Email |
|---|---|---|
| Richard B. Feldman<br>Rosenberg Feldman Smith, LLP<br>551 Fifth Avenue, 24th Floor<br>New York, New York 10176 | Freestone Low Volatility Partners, LP | |
| P. Gregory Schwed<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>212.407.4000<br>212.407.4990 | Highgate Partners, LP | gschwed@loeb.com |
| M. William Munr<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel: (212) 574-1587<br>Fax: (212) 480-8421<br>o | Mary Jane Pidgeon Sledge | munno@sewkis.com |
| John J.D. McFerrin-Clancy<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: 646.414.6914<br>Fax: 973.422.6897 | Trial Ridge Flatiron Fund, LP | jmcferrin-clancy@lowenstein.com |
| Paul D. Sinclair<br>Shughart Thomson & Kilroy PC<br>Twelve Wyandotte Plaza<br>120 W. 12th Street<br>Kansas City, MO 64105 | Trail Ridge Flatiron Fund, LP | psinclair@stklaw.com |

| Counsel | Client | Email |
|---|---|---|
| Merrill G. Davidoff<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: 1-800-424-6690<br>Facsimile: 215-875-4604 | Bayou Class Claimants | mdavidoff@bm.net |
| Elise S. Frejka<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-2200 | Bayou Debtors | elise.frejka@dechert.com |
| Sharon Levin<br>Assistant U.S. Attorney<br>Southern District of New York | | Sharon.Levin@usdoj.gov |
| Margery Feinzig<br>Assistant US Attorney<br>Southern District of New York | | Margery.Feinzig@usdoj.gov |