

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 8, 2008

**BY HAND**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  <u>U.S. v. James G. Marquez</u>, 06 Cr. 1138 (CM)
           <u>U.S. v. Daniel E. Marino</u>, 05 Cr. 1036 (CM)
           <u>U.S. v. Samuel Israel III</u>, 05 Cr. 1039 (CM)

Dear Judge McMahon:

    This is to advise the Court of the status of the proposed Restitution Orders in the above-referenced cases.

    The Government is in the process of finalizing the victim list and proposed restitution orders for defendants James Marquez and Daniel Marino. We anticipate submitting the proposed restitution orders for the Court's approval by the end of next week.

    The Government is consulting with counsel for the victims, to provide the Court with a proposed schedule for distributing the forfeited funds once the Department of Justice ("DOJ") approves this Office's restoration request. Pursuant to the Court's directive, this schedule will provide for a reserve fund for the Bayou Redeemers.

    The distribution of forfeited funds to the victims under the restitution orders should not be delayed by the adjournment of the sentencing of defendant Samuel Israel. The funds forfeited from James Marquez and Daniel Marino can be distributed to the victims after the entry of the restitution orders and approval of this Office's restoration request. The Clerk of the Court does not need to wait for the sentencing of defendant Samuel Israel to

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

Honorable Colleen McMahon                                          Page 2
February 8, 2008


distribute the funds.  The Government anticipates that it will request that the Court adopt the same victim list and distribution schedule as ordered by the Court for Daniel Marino at the sentencing of Samuel Israel III, on April 14, 2008.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

              By:    */s/ Sharon Cohen Levin*
                              Sharon Cohen Levin
                              Margery Feinzig
                              Barbara A. Ward
                              Assistant United States Attorneys
                              Tel. (212)637-1060


cc: By fax to the attached service list.