UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

SAMUEL ISRAEL III,

           Defendant.

05 CR 1039 (CM)

**APPENDIX B
TO SENTENCING MEMORANDUM SUBMITTED
ON BEHALF OF SAMUEL ISRAEL III
(MEDICAL RECORDS)**

**REDACTED**

**TABLE OF CONTENTS**

**REDACTED**

# EXHIBIT A

**REDACTED**

# EXHIBIT B

**REDACTED**

# EXHIBIT C

**REDACTED**

# EXHIBIT D

**REDACTED**

# EXHIBIT E

**REDACTED**

# EXHIBIT F

**REDACTED**

# EXHIBIT G

Case 1:05-cr-01039-CM    Document 46-8    Filed 03/31/2008    Page 15 of 20

**REDACTED**

# EXHIBIT H

**REDACTED**

# EXHIBIT I

**REDACTED**