UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :         05 CR 1039 (CM)
                                   :
                                   :         **NOTICE OF**
SAMUEL ISRAEL III,                 :         **APPEARANCE**
                                   :
                Defendant.         :
                                   :
-----------------------------------------------------X

TO THE CLERK OF THE COURT and all parties of record:

    Please enter my appearance as counsel in this case for defendant Samuel Israel III. I should be noticed via ECF of all electronic filings. My email address is btrencher@maglaw.com.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       March 31, 2008

                             IASON, ANELLO & BOHRER, P.C.

                By:     /s/ Barbara L. Trencher
                       Barbara L. Trencher (BT-6722)
                       Barry A. Bohrer (BB-0557)
                       MORVILLO, ABRAMOWITZ, GRAND, IASON,
                         ANELLO & BOHRER, P.C.
                       565 Fifth Avenue
                       New York, New York 10017
                       212-856-9600

                       *Attorneys for Defendant Samuel Israel III*