UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,  :
:
    -against-  :  05 CR 1039 (CM)
:
:  **NOTICE OF**
SAMUEL ISRAEL III,  :  **APPEARANCE**
:
                    Defendant.  :
:
-----------------------------------------------------X

TO THE CLERK OF THE COURT and all parties of record:

    Please enter my appearance as lead counsel in this case for defendant Samuel Israel III. I should be noticed via ECF of all electronic filings. My email address is bbohrer@maglaw.com.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       March 31, 2008

                            IASON, ANELLO & BOHRER, P.C.

               By:    /s/ Barry A. Bohrer
                         Barry A. Bohrer (BB-0557)
                         Barbara L. Trencher (BT-6722)
                         MORVILLO, ABRAMOWITZ, GRAND, IASON,
                           ANELLO & BOHRER, P.C.
                         565 Fifth Avenue
                         New York, New York 10017
                         212-856-9600

                         *Attorneys for Defendant Samuel Israel III*