UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

SAMUEL ISRAEL III,

           Defendant.

05 CR 1039 (CM)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying (1) Memorandum of Law in Support of Defendant Samuel Israel III's Motion for Recusal or, In the Alternative, Reassignment; (2) Affidavit of Samuel Israel III in Support of Motion for Recusal Pursuant to 28 U.S.C. § 144; and (3) Certificate of Good Faith, Defendant Samuel Israel III will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such date and time as the Court may direct, for an Order of recusal pursuant to 28 U.S.C. §§ 144, 455(a), or, in the alternative, an Order of reassignment, and granting such other and further relief as this Court may deem just and proper;

Dated:  April 3, 2008
       New York, New York

                           MORVILLO, ABRAMOWITZ, GRAND,
                             IASON, ANELLO & BOHRER, P.C.

                              /s/ Barry A. Bohrer
                             Barry A. Bohrer (JT-9118)
                             Barbara L. Trencher (BT-6722)
                             565 Fifth Avenue
                             New York, New York 10017
                             Telephone:  (212) 856-9600

                             *Attorneys for Defendant Samuel Israel III*