**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHAMBERS OF THE HON. COLLEEN MCMAHON
500 PEARL STREET, ROOM 640
NEW YORK, NY 10007

nysd.uscourts.gov

MEMORANDUM

To:     All Litigants

From:  Judge McMahon

Date:  July 26, 2007

Re:     White Plains' Cases Transfer to the Honorable Kenneth M. Karas


Effective August 3, 2007, Judge McMahon will no longer be responsible for any case, civil or criminal, in White Plains.  Judge McMahon's entire pending docket, civil and criminal, will be transferred to the Hon. Kenneth M. Karas.

Beginning August 4, 2007 and until September 3, 2007, Judge Karas will be transitioning into White Plains.  In cases of emergency, Judge Karas can be reached at 500 Pearl Street, Chambers 920, New York, New York 10007, telephone number (212) 805-0274.  Routine applications for matters like adjournments should be addressed to the assigned Magistrate Judge, to the Magistrate Judge on duty in White Plains (if your assigned Magistrate Judge is on vacation), or to the Judge sitting in Part I in Foley Square.  Beginning September 4, 2007, Judge Karas will be in Chambers 533 and his telephone number will be (914) 390-4145.

After August 3, 2007, DO NOT send any correspondence or inquiry relating to a White Plains case to Judge McMahon.