**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHAMBERS OF THE HON. KENNETH M. KARAS
300 QUARROPAS STREET, ROOM 533
WHITE PLAINS, NEW YORK 10601
Phone: (914) 390-4145  Fax: (914) 390-4152

www.nysd.uscourts.gov

MEMORANDUM

To:     All Litigants

From:   Judge K.M. Karas

Date:   September 4, 2007

Re:     Change of Duty Station


As previously announced, effective August 3, 2007, the duty station of the Honorable Kenneth M. Karas changed to the U.S. Courthouse in White Plains, New York. Beginning September 4, 2007, Judge Karas and his staff may be reached in White Plains Chambers 533. The telephone number is (914) 390-4145.

On August 3, 2007, Judge McMahon transferred her pending docket, civil and criminal, to Judge Karas. Judge Karas will administer this pending docket as well as new White Plains' cases assigned to him.

Prior to appearing before the judge, all parties should be familiar with the [Individual Practices of the Honorable Kenneth M. Karas](). These practices and other rules of practices for proceedings before Judge Karas are published on www.nysd.uscourts.gov, the Web site of U.S. District Court Southern District of New York.

If you have any questions regarding the practices or case related inquiries, please contact the Courtroom Deputy Clerk to the Honorable K.M. Karas, Dawn Bordes at (914) 390-4145.