02/05/2008 18:56 FAX 12128569494 &#x2709;002/004

# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
C. SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

JENNIFER L. ACHILLES
CANDICE ALOISI
DAVID C. AUSTIN
LAWRENCE M. BARNES*
JAMES DARROW
BENJAMIN S. FISCHER
ELIZABETH HAINES
JAMES V. HAYES***
RACHEL HEMANI
MATTHEW KOMBERGER
TIMOTHY M. HUDSON**
JASMINE JUTEAU
THOMAS H. KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN H. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY C. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

February 5, 2008



RECEIVED
FEB 5 - 2008
CHAMBERS OF
COLLEEN McMAHON

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

docket

Re: *United States v. Samuel Israel III*, 05 Cr. 1039

Dear Judge McMahon:

   I write on behalf of the defendant, Samuel Israel, regarding his sentencing date. AUSA Margery Feinzig has reviewed this letter and has authorized me to represent that she joins in our application.

   Mr. Israel has been meeting with the U.S. Attorney's Office since August 2005. During that time, we orally informed the U.S. Attorney's Office that, prior to sentencing, Mr. Israel would require surgery.

**REDACTED**

Honorable Colleen McMahon            -2-                February 5, 2008

       Over the past 2 ½ years, the Court has set many "control" dates for Mr. Israel's sentencing, understanding that his meetings with the government have been ongoing. On each occasion, the sentencing was adjourned to allow for Mr. Israel's continuing meetings. And on each occasion, we were informed of the new "control date" by AUSA Feinzig or AUSA Perry Carbone.

       On January 7, 2008, my associate, Barbara Trencher, spoke with AUSA Feinzig about a state court civil matter involving Mr. Israel. During that conversation, Ms. Feinzig told Ms. Trencher that she (Ms. Feinzig) had spoken with Chambers on that day, and that a new "control date" of February 28, 2008 had been set for Mr. Israel's sentencing. Ms. Feinzig also gave Ms. Trencher the impression that the sentencing would not be soon.

       As late as two weeks ago, Ms. Feinzig told me that she preferred that Mr. Israel not be interviewed by Probation until sometime after February. Assuming an early March interview date, the Pre-Sentence Report would have been issued, at the earliest, sometime in mid-March. Adding 35 days from the date of the Pre-Sentence Report under Rule 32(e)(2) of the Federal Rules of Criminal Procedure, Mr. Israel's sentencing would have taken place in late April, at the earliest.

       On Wednesday, January 30, 2008, I learned from U.S. Probation Officer Diane Plummer that Your Honor viewed the February 28, 2008 date _not_ as a "control date," but as the sentencing date. This was a surprise to us. Upon learning of this, I told Mr. Israel that he should find out how quickly he could have his surgeries, and how long the recuperation would take so that he would be sufficiently healed to attend his sentencing and report for incarceration. In the meantime, last Friday, I scheduled a conference with U.S. Probation Officer Diane Plummer for Mr. Israel's interview. It will take place tomorrow.

**REDACTED**

**REDACTED**

Case 1:05-cr-01039-CM   Document 49-5   Filed 04/03/2008   Page 3 of 3
02/05/2008 18:57 FAX 12128569494                                              004/004
Case 1:05-cr-01039-CM   Document 42   Filed 02/07/2008   Page 3 of 3

Honorable Colleen McMahon        -3-        February 5, 2008

REDACTED

      In light of all of the above, we respectfully ask that Mr. Israel's sentencing be adjourned until April 15. I note that even if the Probation Department were to complete its PSR within 2 weeks from today (February 19), the sentencing would not take place until at least March 25 pursuant to Rule 32(e)(2). Therefore, at most, our request is for an additional three weeks past March 25.

      As I hope you Honor will see from the above, as soon as we understood that the sentencing date might be as early as this spring, Mr. Israel promptly began the process of taking care of his medical needs. I regret that there was an apparent misunderstanding regarding whether the February 28 date was a "control date" or a sentencing date. It was not until last Wednesday that we learned of this misunderstanding, and since then, have done everything in our power to expedite Mr. Israel's surgeries.

      If there is anything else that your Honor would like to know about any of the above, please let me know.

Respectfully,

Lawrence S. Bader

cc: AUSA Margery Feinzig (by e-mail)