## Trencher, Barbara

**From:** Diane_Plummer@nysp.uscourts.gov
**Sent:** Thursday, February 28, 2008 12:52 PM
**To:** Trencher, Barbara
**Subject:** Re: U.S. v. Israel, 05 CR 1039 (CM) PSR

Judge McMahon ordered that we have to psr on her desk on later than March 7, 2008.



*Diane M. Plummer*
U.S. Probation Officer
Southern District of New York
U.S. Probation Office
Phone#: (914) 390-4045
Fax#: (914) 390-4055
E-mail: diane_plummer@nysp.uscourts.gov