UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

SAMUEL ISRAEL III,

        Defendant.

05 CR 1039 (CM)

## CERTIFICATE OF GOOD FAITH

I, Barry A. Bohrer, counsel of record for the defendant, Samuel Israel III, in this case, do hereby certify that the accompanying Affidavit of Samuel Israel III, made in support of his Motion for Recusal Or, In The Alternative, Reassignment, is made in good faith.

Dated: April 3, 2008
       New York, New York

          /s/ Barry A. Bohrer
       Barry A. Bohrer (BB-0557)
       MORVILLO, ABRAMOWITZ, GRAND,
         IASON, ANELLO & BOHRER, P.C.
       565 Fifth Avenue
       New York, New York 10017
       212-856-9600
       *Attorneys for Defendant Samuel Israel III*