UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   - against -<br><br>SAMUEL ISRAEL III,<br><br>           Defendant. | 05 CR 1039 (CM) |

## AFFIRMATION OF SERVICE

     I hereby certify that on April 3, 2008, I caused to be served by ECF upon all counsel registered to receive electronic notices:  1) Notice of Motion dated April 3, 2008; 2) Defendant Samuel Israel III's Memorandum of Law in Support of His Motion for Recusal or, In the Alternative, Reassignment; 3) the Affidavit of Samuel Israel III in Support of His Motion for Recusal Pursuant to 28 U.S.C. § 144; and 4) the Certificate of Good Faith, in accordance with the Federal Rules of Criminal Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service and/or the Individual Rules of the Honorable Colleen McMahon.

       /s/ Barbara L. Trencher
Barbara L. Trencher (BT-6722)
MORVILLO, ABRAMOWITZ, GRAND,
   IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, New York 10017
212- 856-9600