## Trencher, Barbara

| | |
|---|---|
| **From:** | Trencher, Barbara |
| **Sent:** | Thursday, February 28, 2008 12:28 PM |
| **To:** | 'Diane_Plummer@nysp.uscourts.gov' |
| **Cc:** | Bohrer, Barry; Feinzig, Margery (USANYS) |
| **Subject:** | U.S. v. Israel, 05 CR 1039 (CM) PSR |

Ms. Plummer,

As you know, we represent Samuel Israel III. Yesterday we received a revised PSR, which includes a substantially revised description of the offense conduct as compared to the PSR that was issued on February 19. It is our understanding that Mr. Israel's objections to the initial PSR are due two weeks from yesterday, the date that the revised initial PSR was issued. This morning, AUSA Margery Feinzig confirmed that she also believes that the two week period runs from yesterday, February 27 (I have copied Ms. Feinzig on this email). Thus, it is our understanding that Mr. Israel's objections to the PSR are due to you on March 12. Please let us know whether you disagree with our calculation of the time for Mr. Israel to object to the initial PSR.

Feel free to call or email Barry Bohrer (212-880-9505) or me with any comments, questions or concerns.

Barbara

Barbara L. Trencher
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
(212) 880-9505 (direct dial)
(212) 856-9494 (facsimile)

4/3/2008