# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
JUDITH MOGUL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9505

JENNIFER L. ACHILLES
CANDICE ALOISI
DAVID C. AUSTIN
LAWRENCE M. BARNES*
JAMES DARROW
BENJAMIN S. FISCHER
SETH A. GROSSMAN
ELIZABETH HAINES
JAMES V. HAYES****+
RACHEL HEMANI
MATTHEW HOMBERGER
TIMOTHY M. HUDSON**
JASMINE JUTEAU
THOMAS M. KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
KEFIRA R. WILDERMAN

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN OHIO
***ALSO ADMITTED IN WASHINGTON, D.C.
****ADMITTED IN ILLINOIS ONLY
+ALSO ADMITTED IN MASSACHUSETTS

March 25, 2008

**BY FEDERAL EXPRESS**

J. Michael McMahon
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Samuel Israel III, 05 Cr. 1039

Dear Mr. McMahon:

We represent Mr. Israel in the above-referenced action. On February 5, 2008, Lawrence Bader of our firm sent, via facsimile, a letter regarding Mr. Israel to Judge Colleen McMahon. The letter contained sensitive medical information, including details regarding Mr. Israel's medical conditions, scheduled procedures and treatments, and the names and telephone numbers of Mr. Israel's personal physicians. Consistent with the Southern District's Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Cases, we did not file the letter on ECF.

Yesterday, we discovered that on February 7, 2008, the Court filed Mr. Bader's February 5, 2008 letter on ECF, thereby making the letter available to the public. None of the sensitive medical information was redacted from the letter that was filed. Mr. Israel did not authorize the disclosure of his sensitive medical information. The filing of the letter is particularly troubling given that members of the public clearly have viewed the letter and have

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P. C.

Mr. J. Michael McMahon                    -2-                    March 25, 2008

publicly mocked Mr. Israel's medical conditions on internet blogs.  <u>See</u> attached exhibit, found at http://nakedshorts.typepad.com/nakedshorts/flimflam_update/index.html.

  Given these circumstances, we request that Mr. Bader's February 5, 2008 letter (docket #42) be removed from ECF and the public file immediately.  This step is necessary to protect Mr. Israel's privacy.

  Please feel free to contact me with any questions.

Very truly yours,

*[signature]*

Barry A. Bohrer

# NakedShorts

Alternative thoughts on alternative investments...my adventures in the capital markets...and unsolicited opinions on anything else that comes to mind

February 11, 2008
## Wiping the smile off his face

### Come in Scammy, your time is up



Samuel Israel III, the only Bayou hedge fund fraud defendant to have so far evaded his comeuppance, will be sentenced Apr. 14 by a judge tired of "granting endless extensions of time so that Mr Israel could be sentenced at his convenience (which is, apparently, never) or so the Government could take an infinite amount of time of hold 'meetings' with Mr Israel."

Provoked by what she described as "an extraordinary letter" from Scammy's counsel, requesting yet another sentencing deferral, Judge Colleen McMahon issued an extraordinary letter of her own earlier this month, ripping "inexcusable presumption on the part of counsel" for both the Government and the defense for the latest, and apparently last, delay.

Scammy was to have been sentenced tomorrow, Feb. 28. But on Feb. 5, his counsel sought the umpteenth sentencing deferral since the Bayou founder and chief executive's guilty plea in Sep. 2005.

> Mr Israel requires three surgeries: one to replace his pacemaker, one to replace an electronic device implanted in his body to address pain, and one to decompress one or possibly two discs in his lower spine...he has two rods and ten screws already in his spine. He suffers from aggressive degenerative [degenerate, surely?—Ed] disc disease.

Resisting the temptation to seek volunteer surgeons from the ranks of defrauded Bayou investors, Judge McMahon—who, in late January, sent former Bayou chief financial officer Daniel Marino down for 20 years—was unsympathetic.

> I am not interested in defendant's medical problems, especially since it appears that he has taken a rather desultory attitude to resolving them, in the apparent belief that his sentencing could and would be endlessly postponed...His failure to attend to these medical matters in a timely fashion is hardly the fault of the court, and should have no impact on his sentencing date, since if Mr Israel is sentenced to a term of imprisonment, his medical needs can be met by the staff of the Bureau of Prisons...

> ...Mr Israel will be sentenced on April 14 at 10 am...There will be no adjournment of this date FOR ANY REASON WHATEVER; if Mr Israel has back surgery between now and then and is still not ambulatory, he can be brought to his sentencing in a wheelchair. [Emphasis in original].

Complete correspondence after the jump. Or, for Scammy, the high jump.

**Defense counsel's letter to Judge McMahon**

**US v. Samuel Israel III: Order**

February 11, 2008 in FlimFlam Update | Permalink

### TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/20123/26562828
Listed below are links to weblogs that reference Wiping the smile off his face:

### Comments

The comments to this entry are closed.