USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :

        -v.-                            :     ORDER OF RESTITUTION

SAMUEL ISRAEL III,                 :     05 Cr. 1039 (CM)

        Defendant.                       :
- - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on September 29, 2005, SAMUEL ISRAEL III, the defendant, pleaded guilty to conspiracy to commit investment adviser fraud, mail fraud and wire fraud, in violation of 18 U.S.C. § 371; investment adviser fraud, in violation of 15 U.S.C. §§ 80b-6 and 80b-17; mail fraud, in violation of 18 U.S.C. § 1341; and wire fraud, in violation of 18 U.S.C. § 1343;

        WHEREAS, on April 14, 2008, SAMUEL ISRAEL III, the defendant, was sentenced, <u>inter alia</u>, to a term of 20 years in prison, and to pay restitution in an amount and manner to be determined by the Court at a later date;

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that SAMUEL

ISRAEL III, the defendant, shall pay a total of $300,000,000.00 in restitution to the persons, and in the individual amounts, identified on Attachment A annexed hereto.

Dated:   New York, New York
         April 15, 2008

SO ORDERED:

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

2

ATTACHMENT A

# BAYOU

## Proposed List of Victims

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| **ON-SHORE FUNDS** | | |
| 1331 Foundation | Israel, Lawrence J. | $ 145,000 |
| 305 Partners LP | Jenkins, James C. | $ 2,500,000 |
| A. W. Jones Company | Burch, Robert | $ 5,000,000 |
| Adams, Eula | | $ 400,000 |
| Ad-In Partners | Spiro, William | $ 1,000,000 |
| Administrators for the Professions, Inc. | Weyand, Michael | $ 350,000 |
| Alan J Schottenstein Family Limited Partnership | Manager, Office | $ 1,000,000 |
| Allen, Joe E. | | $ 1,100,000 |
| Ark Multi-Manager Fund, LP | Krieger, John | $ 450,000 |
| Arntz Builders Profit Sharing Trust | Arntz, K. Allan | $ 750,000 |
| Arntz Family Foundation | Arntz, K. Allan | $ 1,500,000 |
| Thomas E & Andrea J Arntz ttee Arntz Family Revoc. Trust dtd 5/3/2001 | Arntz, K. Allan | $ 500,000 |
| Aron, Jaqueline | Lafayette Enterprises | $ 200,000 |
| Aron, Peter A | Lafayette Enterprises | $ 200,000 |
| Aron, Robert | Lafayette Enterprises | $ 200,000 |
| Asgard LLC | Jackson, Christopher | $ 1,000,000 |
| AW Jones Hedged Equity LP | Burch, Robert L. | $ 1,450,000 |
| Rushton O. Backer IRA | | $ 250,000 |
| John W. Bailey IRA | c/o Donald Abernathy | $ 500,000 |
| Trail Ridge Flatiron Fund LP | Finley, J. D. | $ 400,000 |
| Silver Creek Long/Short Holdings LLC | Dillon, Eric | $ 43,000,000 |
| Beckwith Invest Ltd Partnership | Trabucco, John | $ 2,000,000 |
| Benning Management Group Defined Benefit Pension Plan | Lacher, Ralph | $ 455,000 |
| Bermuda Fund, LP | Keck, Robert T. | $ 5,000,000 |
| MB Absolute Return Fund Ltd. | Bloom, Mark E. | $ 1,300,000 |
| Dr. Edward Besner IRA | | $ 248,000 |
| Betty & Jay Partners LP | Mangene, David | $ 500,000 |
| Broad-Bussel Family LP | Bussel, Dan | $ 1,250,000 |
| Burton Partners III LP | Glenn, II, Thomas K. | $ 2,000,000 |
| Cadmus Partnership Ltd | Ross, Stephen M. | $ 1,570,000 |
| Cambridge Marketing Pension Plan | Scheeffer, Hillary E., Esq. | $ 260,000 |
| John Candela Revocable Trust | | $ 1,250,000 |
| Capital Appreciation Partners, LP | Snyder, Alan C. | $ 700,000 |
| Glass, Caroline B. | | $ 1,140,000 |
| Citco Global Custoday (NA) NC KBCFB (CI) as nominee for TS | Costello, Ciara | $ 663,500 |
| Rollover IRA of Shelton Clyatt, Jr. | | $ 500,000 |
| Colchis Capital Partners LP | Conrads, Robert & Edward | $ 2,000,000 |
| Coleman, Katherine & T Brooks | | $ 500,000 |
| Cary Cooper IRA | | $ 230,000 |
| Cottonwood Fund Series of the SALI Multi-Series Fund, LP | Nieman, Thomas | $ 2,000,000 |
| Croesus Investment Partners VIII LP | Mangene, David | $ 2,627,000 |
| Myron Crystal IRA | | $ 255,857 |
| Culiss, Gary | | $ 250,000 |
| Custom Strategies L.P. | Johnson, MaryAnn | $ 2,087,450 |
| Daley Investment Trust | Daley, Joe | $ 150,000 |
| Danforth, Brad | | $ 150,000 |
| DB Structured Products Inc. | Alfonso, Rosaria | $ 15,810,800 |
| Dentistry and Design Employees Profit Sharing Plan & Trust | Putten, Clifford Van | $ 500,000 |
| DePauw University | Bice, Keith | $ 3,250,000 |
| Dr. Philip Markin Profit Sharing Plan & Trust | | $ 550,000 |
| Jake Easton III IRA | | $ 350,000 |
| E-C Fund LP | Buik, Richard | $ 1,300,000 |
| Eclipse Fund LLC | Cunningham, Brian | $ 1,250,000 |
| Kenneth A and Roberta E Eldred Revocable Trust | Eldred, Kenneth & roberta | $ 1,000,000 |
| ESUM Partnership #2 | Muse, Albert | $ 900,000 |
| Eye & Ear Foundation | Muse, Albert | $ 1,200,000 |
| Thomas Felt IRA | | $ 350,000 |
| Fekete, Michael & Susan | | $ 500,000 |
| Feldman, Jeffrey | | $ 400,000 |
| Fine Family Trust | Fine, Ira & Barbara | $ 200,000 |
| Fine Management Corporation Money Purchase Pension Plan | Fine, Ira | $ 175,491 |
| Harold Foonberg Family Trust | Manager, Trust | $ 350,000 |
| Byron Foster Trust | Mangene, David | $ 500,000 |
| FKB Trust | Bowers, Fred | $ 500,000 |
| GIF Inc. | McAlister, J.D. | $ 700,000 |

ATTACHMENT A

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| Gleason, Thomas | | $ 300,000 |
| Ronald Greenspan IRA | | $ 250,000 |
| Guardian Two LP | Gardner, Timothy | $ 900,000 |
| Habib, Ferzana S. | | $ 50,000 |
| Robert Harrigan IRA | | $ 350,000 |
| Andrew Heck | | $ 420,000 |
| High Sierra Investments | Guillen, Trini | $ 1,700,000 |
| Hill, Bruce H. C. | | $ 250,000 |
| Hill, Christopher C. | | $ 1,450,000 |
| Hill, Russell L. C. | | $ 1,000,000 |
| Norman Hirsch | | $ 150,000 |
| Holland, Betsy A. | | $ 450,000 |
| InAltra US World Fund LP | David, Zale | $ 500,000 |
| Christine Incontro IRA | | $ 300,000 |
| Sands, Lenny & Corrine | | $ 242,175 |
| Israel, Ann R. | | $ 100,000 |
| Jordan Family Revocable Trust dtd 8/25/95 | Jeffrey D & Karen Jordan, TTEES | $ 1,000,000 |
| Jepson, Hans G. | Jepson, Hans G. | $ 100,000 |
| Kaplan Jones Family Trust | Kaplan, Mitchell | $ 350,000 |
| Kaplan Stahler Agency Retirement Trust Define Pension Plan | Kaplan, Mitchell | $ 400,000 |
| Gerson Kaplan IRA | Kaplan, Mrs Chaya Morman, Kaplan, IRA | $ 850,000 |
| Ann Keller Lingo Revocable Trust | Lingo, Ken | $ 1,000,000 |
| Killinger, Scott | | $ 210,000 |
| Klement, Amy Rowe | | $ 200,000 |
| Koret Foundation | Hardin, Claudia | $ 1,750,000 |
| Krueger, K H Wm | | $ 500,000 |
| Lacher Family Trust | Lacher, Ralph & Jackie | $ 330,000 |
| Latta Family Trust | Latta, Laurence | $ 400,000 |
| Lawrence, Francis & Helen | c/o Grant,Tani, Barash & Altman, Inc. | $ 250,000 |
| Lawson, H Blaine Jr | | $ 500,000 |
| LIBOR Partners | Jenkins, James | $ 2,000,000 |
| Lingo, Ken | | $ 400,000 |
| Long Short Fund I | Droz, Garay P. | $ 2,900,000 |
| Longboat Capital Partners | Capizzi/Smith, Mike/Kyle | $ 2,000,000 |
| Louis Marsh Living Trust dated 10/12/04 | Young, Stanford, President | $ 750,000 |
| Donald MacShane IRA | | $ 681,798 |
| Mann, Michael | | $ 46,100 |
| MAPS Charter Fund LP | Smith, Kyle | $ 1,250,000 |
| Marini, Paul A. | | $ 500,000 |
| Mayfield Investment Partners LP | Smith, Kyle P. | $ 750,000 |
| McKee, Donald F. & Rader, Elizabeth M. | | $ 1,150,000 |
| McNeill, Robert, IRA | | $ 660,000 |
| Robert P. McNeill Insurance Trust dated 3/17/1988 | | $ 1,266,395 |
| Moshe I. Meldar IRA | | $ 500,000 |
| Melvin N. & Marcia A. Grossman Family Trust | Grossman, Melvin | $ 850,000 |
| Merlis Green & Assocs. Defined Benefit Pension Plan | Merlis, Michael | $ 375,000 |
| Messer, Alan & Geraldine | | $ 500,000 |
| Meyers, Leon | Myers, Leon | $ 650,000 |
| Leon Meyers ttee u/t/d 1/21/76 Ben Meyers Grantor | | $ 600,000 |
| Michelsohn, Maria Louise | | $ 1,400,000 |
| Michelsohn, Marie Louise and Michelson, Michelle JT | | $ 1,200,000 |
| Miller, Lawrence | | $ 1,192,300 |
| Miller, Lawrence | | $ 750,000 |
| Miller, Lawrence IRA | | $ 580,438 |
| Morris III, William H. | | $ 950,000 |
| The Mosaic Fund L.P. | Myers, Leon | $ 4,500,000 |
| Mottahedeh, Roy P | | $ 250,000 |
| Mount Rainier LP | O'Brien, James | $ 850,000 |
| Multi-Dimensional Fund LP | Ehrlich, Richard | $ 1,900,000 |
| Muse, Albert C | | $ 400,000 |
| Alexandra V, Muse Voluntary Trust dtd 1/5/87 | Muse, Albert | $ 470,000 |
| Nancy C, Muse Voluntary Trust dtd 1/5/87 | Muse, Albert | $ 470,000 |
| Musser, Hilary G. | | $ 250,000 |
| Kathryn L. Nothacker Revocable Trust Number One v/a 5/02/1988 | | $ 600,000 |
| Pacific Peak Partners LP | Cunningham, Brian | $ 500,000 |
| Palm Beach Atlantic University | Gall, George | $ 500,000 |
| Parkland Investment Partners, LP | Smith, Kyle P. | $ 750,000 |
| Pasternak Baum & Co Employee Profit Sharing Plan F/B/O Arthur Brainson | Brainson, Arthur | $ 900,000 |
| Jon T. Pawley IRA | | $ 250,000 |
| Payson, Martin | | $ 150,000 |
| Payson, Martin & Doris | | $ 250,000 |
| Phoenician Trading Partners LP | Martin, James | $ 1,600,000 |

ATTACHMENT A

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| Physician's Reciprocal Insurers | Weygand, Michael | $ 8,000,000 |
| Steven Pomerance IRA | | $ 300,000 |
| Prosthodontic Assoc P.C. Retirement Trust | Hribar, Jr., George | $ 250,000 |
| Rayne Mark Investments LLC | Crossen, Mark | $ 750,000 |
| Regent University | Isakoff, Lou | $ 4,750,000 |
| Freddie Reiss IRA | | $ 708,879 |
| Rembrandt Partners LP | Latelle, Laura | $ 6,250,000 |
| Rento, Dr Robert | | $ 225,000 |
| Revolutionary Graphics Inc | Scheeffer, Hillary E., Esq. | $ 5,710,000 |
| Robertson, Timothy B. | | $ 1,500,000 |
| Rosenblum, Jeffrey & Leonor R. | | $ 750,000 |
| Samio Defined Benefit Pension Plan | Lovuto, Sam | $ 769,301 |
| Saul Partners LP | Saul, Andrew | $ 2,000,000 |
| William Scalia IRA | | $ 92,000 |
| Schrage, Leonard and Tema | | $ 180,000 |
| Morris Schrage IRA | | $ 522,000 |
| Morris Schrage Trust | | $ 1,262,368 |
| SES Family Investment & Trading Partnership LLP | Zeitzer, Roz | $ 750,000 |
| Siegesmund III, John C | | $ 250,000 |
| Ann W. Silverstein 2001 Revocable Trust | Silverstein, Ann W. | $ 500,000 |
| Singer Family Trust | Singer, Jeffrey & Kellie | $ 150,000 |
| Jeff Singer IRA | | $ 175,062 |
| Dr. Gerald Smallberg IRA | | $ 264,412 |
| Somers & Co F/B/O Suoritus Masters Fund LP | Merine, Jean Marc | $ 2,965,000 |
| South Cherry Street Partners | Groothius, Fred | $ 1,150,000 |
| Spiller, David | | $ 100,000 |
| Sterling Partners Fund LLC | Glenn, II, Thomas K. | $ 2,500,000 |
| Salay, Stephen G. | | $ 250,000 |
| Sam A. Stephens Charitable Remainder Trust | c/o Shelton Clyatt | $ 500,000 |
| Sterling Insurance Agency Inc PSP | Hirsch, Mr. Richard | $ 289,382 |
| Tamarac Fund Series of the Sali Multi-Series Fund LP | Nieman, Thomas | $ 2,000,000 |
| Taube Family Foundation | Meyerson, Rick | $ 1,100,000 |
| Thaddeus N. Taube, IRA | Myerson, Rick | $ 475,000 |
| TFT Partners LLC | Myerson, Rick | $ 500,000 |
| The 1183 Trust | Glenn, II, Thomas J. | $ 750,000 |
| The Keystone Company | Muse, Albert | $ 1,400,000 |
| The Mondlak Trust | Umansky, Julio | $ 188,650 |
| The Sentinel Uncorrelated Fund | Swanson, Bruce | $ 1,000,000 |
| David Tishermen IRA | | $ 239,898 |
| TMG Investments II (The Management Group) | Mundel, Rob | $ 765,000 |
| Tolk, Gayla Lynn | | $ 450,000 |
| Travis Company JV | Hill, Roger C. | $ 1,500,000 |
| William F. Regnery Trust | Regnery, William | $ 700,000 |
| Trustees of Lawrence Academy | Deasy, Linda | $ 650,000 |
| UM Investment Trust II FBO Sole Series Undiscovered Managers Spinnaker Fund | Cunningham, Brian | $ 635,000 |
| Umansky Family Trust | Umansky, Betty | $ 400,000 |
| Umansky, Alejandro | | $ 215,524 |
| Umansky, Julio | | $ 200,000 |
| Umansky, Leonardo | | $ 300,000 |
| UNIFAM, LP | Nicholson, LeeAnn | $ 1,500,000 |
| Universal City Nissan | Schrage, Lenny | $ 2,057,869 |
| Arthur & Debra Vainer Trust | Vainer, Arthur/Debora | $ 267,000 |
| Susan Van Putten Trust | Manager, OfficeSusan | $ 500,000 |
| Vestis Diversified LP | Quadeer, Afroz | $ 376,000 |
| Verity Associates LP | Fink, Michael F. | $ 400,000 |
| Villanueva, Edward | | $ 750,000 |
| William Wallert IRA | | $ 847,500 |
| Weiner Investments | Weiner, Bruce B. | $ 1,500,000 |
| Weiss, Roger J | | $ 350,000 |
| West Mountain Partners LP | Alar, Paul | $ 1,400,000 |
| Westley, Joseph | | $ 175,000 |
| William Regnery Trusts Partnership II | Manager, Office | $ 950,000 |
| Williams, John H. | | $ 1,475,000 |
| WIP LLC | Wurtzel, Alan | $ 500,000 |
| Woodland Partners LP | Bernstein, Todd | $ 3,500,000 |
| David Young IRA | | $ 194,025 |
| Yuengling Corporation | Yuengling, Frederic | $ 585,000 |
| Subtotal Onshore Claims | | $ 250,411,974.00 |

ATTACHMENT A

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| **OFF-SHORE FUNDS** | | |
| Anglo-Irish Bank (Suisse), SA | antonioparatore@angloirishbank.ch | $ 1,405,000 |
| BIM Alternative Investments SPR SGA Client High (Banca IMI Client) | kevin.gilleece@pfpc.ie | $ 1,000,000 |
| BNP Paribas Securities Services Luxembourg | Latuja, Anthony | $ 4,000,000 |
| DEA Captial Spa (Old CDB Web Tech Spa) | Moscatelli, Vittorio | $ 1,500,000 |
| Citco Global Custody NV 211070 | Itoh, Yasuo | $ 1,500,000 |
| Citco Global Custody NV - Cash 102448 | Costello, Ciara | $ 435,000 |
| Citco Global Custody NV 200158 | Costello, Ciara | $ 1,000,000 |
| Citco Global Custody NV 210018 (for Infinity Capital SA) | Costello, Ciara | $ 15,200 |
| Citco Global Custody NV ref 190942 (Stratos Fund/R Callahan) | Costello, Ciara | $ 1,000,000 |
| Citco Global Custody Scala Fund of Funds (Gabelli) | Martina, Verrien | $ 1,200,000 |
| Citco Global NV (NA) for Select Multi Strategic Fund | Reine, Richelle La | $ 3,000,000 |
| Close Trustees fbo Meritage Investments | Juan Howland and Catherine Spencer | $ 500,000 |
| FAM Global (Fam Classic...) | Ng, Tom | $ 650,000 |
| Fortis Bank (Cayman) Ltd as Custodian of Tradex Global Master Fund | Beatti, Michael | $ 500,000 |
| Guernroy Ltd (Parity Investments) | McShea, Keith | $ 1,000,000 |
| Jewish Federation of Metro Chicago | Sinclair, Kent | $ 4,000,000 |
| Kredietbank S.A. Luxembourgeoise For Customers Account | LeVaillant, Jerry | $ 1,715,000 |
| M8 Absolute Return Fund Ltd (via Butterfield) | Bloom, Mark E. | $ 750,000 |
| Meyers, Leon, MPP Plan | Meyers, Leon | $ 850,000 |
| Nephrology Asso PC Pension Plan / Dr Chaim Charytan | Charytan, Dr. Chaim | $ 1,500,000 |
| Pyxis Investment Strategies LLP (Stone Corporation) | Hamilton, Jay | $ 6,000,000 |
| Robinson & Co - a/c 0256883 (Focus Investment Group) | Jones, Annaliese | $ 55,700 |
| Sterling Stamos Growth (Offshore) Fund Ltd | Kanover Esq., Jared A. | $ 97,000 |
| Sterling Stamos Liquidity (Offshore) Fund | Kanover Esq., Jared A. | $ 70,600 |
| Sterling Stamos Security (Offshore) Fund Ltd | Kanover Esq., Jared A. | $ 477,200 |
| Bedell Trustees Ltd re: The M Wohl 1965 Discretionary Settlement | Hayer, Anita | $ 500,000 |
| Meyers, Leon M. (Fr Interest in Tremont Insurance) | | $ 672,488 |
| Forevergreen Partners (Fr Interest in Tremont Insurance) | Doyle, David | $ 502,512 |
| Vestis Diversified International Ltd - OA2 | Whelan, Constance | $ 300,000 |
| Wise Global | Lo, Florence | $ 1,000,000 |
| **Subtotal Offshore Claims** | | $ 37,195,700.00 |
| **Total OnShore Funds & Offshore Funds Claims** | | $ 287,607,674.00 |

| General Victims | Alternate Contact | Loss Amount |
|---|---|---|
| ERF Hedge Fund LLC | | $ 357,500.00 |
| Tom & Nancy Juda Living Trust | | $ 250,000.00 |
| WAM Long/Short Partners | Hauswirth, Christopher | $ 333,300.00 |
| **Subtotal General Victims** | | $ 940,800.00 |

ATTACHMENT A

| Redeeming Victims- Altegris | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| Bauer, Warren L & Lynda M | | $ 42,500.00 |
| Dorothy H. Bjurstom Trust | | $ 42,500.00 |
| Bonham, Ronald A & Leslie, Angela J | | $ 42,500.00 |
| Brown, Douglas II | | $ 42,500.00 |
| John C. Brunk Rollover IRA | | $ 42,500.00 |
| Christen, Samuel E. | Allen, Richard M | $ 468,502.00 |
| Daedalus Financial Corporation | White, Charles E. | $ 42,500.00 |
| Eastman, Ronald E & Marilyn | | $ 17,000.00 |
| Gardiner, Thomas | | $ 85,000.00 |
| Gile-Ratcliff, Elizabeth S | Gile, Robert | $ 42,500.00 |
| Graves Family Partnership | Graves, William | $ 125,000.00 |
| Margaret J. Hartzler IRA | | $ 42,500.00 |
| Hegeweld, Gary & Judith | | $ 42,500.00 |
| Horvath, Zoltan P & Marilyn D | | $ 76,200.00 |
| Klein, Barrett & Claire | | $ 42,500.00 |
| Lebowitz, Michael & Marilyn | | $ 175,000.00 |
| The Richard A. Lewis & Robert D. Lewis Trust | Lewis, Richard | $ 42,500.00 |
| Antonia M. Marsden Revocable Trust | Marsden, Antonia | $ 42,500.00 |
| Meyer Investment Partners | Meyer, Paul | $ 68,000.00 |
| Morris Investment Company | Goldstein, Harold | $ 34,000.00 |
| Wesley E. Mudge Trust | Mudge, Wesley E | $ 210,000.00 |
| Overkill Investments Inc | Heinz, Clifford | $ 34,000.00 |
| Ratterman, Walter | | $ 42,500.00 |
| Neal & Jean Ross Family Trust | Ross, Jean | $ 42,500.00 |
| Routt, J Robert | | $ 42,500.00 |
| Inherited IRA of John Sammond | Denholm, Diane | $ 329,624.00 |
| Dale A. Sauser Trust | Sauser, Thomas | $ 125,000.00 |
| Raleigh L. Shaklee Trust | Shaklee, Lee | $ 170,000.00 |
| John J. Shea Jr. | | $ 125,000.00 |
| Swanson, Thomas | | $ 42,500.00 |
| Volunteer Limited Liability Co | Moss, Ted | $ 42,500.00 |
| John H. Waldock Trust | Waldock, John | $ 42,500.00 |
| Waldorff Family Trust | Waldorff, Charles | $ 42,500.00 |
| Chales Weidmer Trust | Weidmer, Charles | $ 42,500.00 |
| Weingart, Ronald & Jenyne | | $ 42,500.00 |
| Wintsch Family Trust | Wintsch, Herbert | $ 125,000.00 |
| Wright Family Capital LP | Pierce, Alan K. | $ 500,000.00 |
| **Subtotal Redeeming Victims- Altegris** | | $ 3,561,826.00 |

| Redeeming Victims- Lydian | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| Bansal Foundation | Bansal, Vikesh | $ 500,000.00 |
| Gary N. Brown Revocable Trust | Brown, Gary | $ 250,000.00 |
| Canning Limited Partnership | Freedman, Julie & Mona | $ 500,000.00 |
| Ciconis & Co | | $ 380,000.00 |
| Crowley, George | | $ 250,000.00 |
| Dor Family LLC | Dor, Jay | $ 500,000.00 |
| Friesen, Gerald | | $ 250,000.00 |
| Garfinkel, Eric & Diane | | $ 750,000.00 |
| Kampf, Joseph & Barbara | | $ 400,000.00 |
| Insight Multi-Strategy Fund, LLC | Boldman, Christopher | $ 1,750,000.00 |
| Meyer Mutual Fund LLC | Meyer, William | $ 250,000.00 |
| Terry A. Perl Revocable Trust | Perl, Terry | $ 280,000.00 |
| Schlitt Family Partnership | Schlitt, Howard & Diane | $ 1,087,500.00 |
| SGW Holdings LLC | Sedgwick, Theodore | $ 530,000.00 |
| Shangri-La LLC | Bansal, Vikesh | $ 752,500.00 |
| Small Family Trust | Small, Jeffrey | $ 500,000.00 |
| Jewish Federation of Greater Washington | Galperin, Mikhail David | $ 1,000,000.00 |
| Wolford, Douglas | | $ 250,000.00 |
| Wolford, Karen | | $ 250,000.00 |
| **Subtotal Redeeming Victims- Lydian** | | $ 10,430,000.00 |

ATTACHMENT A

| Redeeming Victims- KRA | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| Gary Frank IRA | | $ 125,000.00 |
| Robert Futterman IRA | | $ 153,480.00 |
| Roseanne Luculano IRA | | $ 150,000.00 |
| Howard Kra IRA | | $ 150,000.00 |
| Siegel, Bradley & Jill | | $ 125,000.00 |
| Siegel, Lawrence | | $ 125,000.00 |
| Subtotal Redeeming Victims- KRA | | $ 828,480.00 |

| Redeeming Victims- TAG | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| PCM Multistrategy LP | Peltz, Andrew | $ 1,616,500.00 |
| Rothfeld, Eric & Harriet | | $ 915,000.00 |
| TAG Master Hedged Equity Fund LLC | Gonzalez, Jorge | $ 2,928,000.00 |
| Tr Agrmnt Deferral Plan Sr Exec Officers of Triarc Cos Inc - Mr Nelson Peltz | Machamer, Ginny | $ 721,081.00 |
| Tr Agrmnt Deferral Plan Sr Exec Officers of Triarc Cos Inc - Mr Peter May | Machamer, Ginger | $ 360,541.00 |
| Subtotal Redeeming Victims- TAG | | $ 6,541,122.00 |
| **Total All Losses** | | **$ 309,909,882.00** |