**RayneMark**<sub>sm</sub> **Investments**



RayneMark Investments, LLC
3883 N. 57th Street
Boulder, CO 80301
303-527-9999
Fax: 303-527-3333

05-cr-1039

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

March 8, 2006

Re: Israel and Marino Sentencing

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

Dear Honorable Judge McMahon,

Though the Bayou fraud was exposed months ago, our family office is still reeling with disappointment and outrage over the loss of $1,059,000 in the criminal fraud perpetrated by Sam Israel and Dan Marino of the Bayou Funds. We invested in these funds in good faith after significant diligence and numerous reassuring representations made by Sam Israel and Dan Marino, as well as employees like Jeff Singer, the former Marketing Director for the firm. Today, Mr. Singer is regrettably counted among the victims of Bayou, having lost his career, his life savings, and those of his best friend as well as his mother and father-in-law.

The investment capital we lost in Bayou was earmarked to fund our family charitable-giving foundation. "The Heaven's Hope Foundation" is a non-secular organization staffed by purpose-driven volunteers who direct 100% of the foundation's finances and resources directly to disadvantaged recipients. Heaven's Hope is chartered to serve humanity's indigent, undernourished, and poor with crisis food supplies, shelter, medical supplies, in addition to funding primary and vocational education.

Unfortunately, the loss of the funds invested three years ago in the Bayou Fund could have significantly helped or even saved thousands of lives. It is staggering to think of the incredible damage that has been done by the Bayou "con artists" who plotted systematically to cheat, steal from and deceive those who entrusted them with a basic fiduciary duty—to protect and prudently invest their capital.

Our family office has been in communication with many Bayou investors and victims of the criminal fraud committed by Mr. Israel and Mr. Marino over the past few years. We also have had close relationships with some of the well-intentioned Bayou employees who were carefully duped in this orchestrated charade of professional money management. We can attest to the extraordinary damage that has been done to these people. In many cases, this fraud has devastated lives: several invested most or all of their retirement funds (including IRA funds) in the Bayou Funds. They entrusted their money because they were given numerous assurances by Israel and Marino that their

investment strategy was safe and conservative; in fact, they were told that the Bayou investment vehicles offered average returns with low volatility and low capital risk.

Incredibly, when the curtain fell, Israel and Marino were found not only to be incompetent money managers, but true 'masters of deceit' who fooled almost everybody with well-constructed lies and sophisticated fabrications. Throughout their Bayou history, they conducted themselves with great arrogance, hiding behind the façade of "market trading" superiority in financial matters. Yet, every investor communication we received was an unabashed fiction. Every investor conference call was filled with numerous lies and brazen deception. Every sincere inquiry was responded to with blatant falsehood. Every accounting statement was a deceitful invention to protect them and cheat their clients.

We suspect the depth of fabrication ran so deep it has yet to be completely fathomed by the U.S Attorneys Office. More remarkable is the fact that Israel and Marino were totally and utterly aware that the fraud they were perpetrating was immoral. Yet they continued to inflict wrong-doing on their unsuspecting and innocent victims.

While they mismanaged our investment capital and built edifices for their own personal protection, including a sham accounting firm to validate their fabricated accounting records, Israel and Marino fettered away our money. Under the pretext of financial success, they bought expensive homes and cars and lived the life of luxury. Today, as you know, little is left of our original capital but for the diligent effort of the Arizona Attorney General. Undoubtedly it is an enormous disgrace that for many years these morally bankrupt and deceitful men were allowed to squander our financial resources living like the 'rich and famous'.

Sam Israel recently bragged to a former employee with confident pride that he "knows" he will not serve a single day in jail due to his current medical condition. He claims his lawyers have a plan to save him from the penitentiary. Could your honorable court be manipulated and duped by this master of deceit? I trust not. Israel's medical problems certainly didn't interfere with his aggressive "management" of the Bayou Funds.

Based on the foregoing and reflecting upon the hundreds of blameless investor victims damaged and even destroyed by Israel and Marino, we respectfully request that you rule in favor of the maximum sentence possible for these two criminals. A tough example needs to be established as a deterrent for money managers who deliberately cheat and steal from their clients. More importantly, these men need to pay for their crimes. Please do not reward them with a short sentence that allows them to spend the millions in unaccounted-for funds in some offshore haven.

Sincerely,

Mark S. Crossen
Executive Director
RayneMark Investments LLC

# FINANCIAL IMPACT STATEMENT

I have incurred the following expenses associated with the criminal case:

**Medical** expenses _____ Yes _____ No   Amount of medical expenses **not** covered by insurance: _____
** Number of doctor's visits to date: _____   ** Number of future anticipated doctor's visits: _____

Name and phone number of Medical Doctor: _____ _____
                                                                                               Name                                          Phone number

**Counseling** expenses _____ Yes _____ No   Amount of counseling expenses **not** covered by insurance: _____
      ** Number of Counseling sessions to date: _____
      ** Number of counseling sessions per week: _____ (E.g. how often do you attend)
      ** How long is the counseling session: _____ (E.g. ½ hr, 1 hr etc)
      ** Number of future counseling sessions anticipated: _____

Name and phone number of Counselor or Counseling Center: _____ _____
                                                                                                                  Name                             Phone number

**Lost Income/Wages** _____ Yes _____ No   Amount of lost income/wages **not** covered by employer : _____
    (ex: unable to work because of the crime, court appearances/attendance, had doctor's visits, counseling)

    ** Number of days lost from work: __14__   Your hourly wage: __$375.00__

**Property Lost, Stolen or Damaged:** _____ Yes _____ No   Amount **not** covered by insurance : _____
Please describe property:_____

**Other expenses** _____ Yes _____ No   Amount of other expenses **not** covered by insurance: _____
Please describe other expenses:_____
_____

Name and phone number of Insurance: _____ _____
                                                          Name                                          Phone number

Check here if you do **not** have any insurance coverage _____

**Have you filed a claim with the Crime Victim's Compensation Board?** _____ Yes _____ No

I declare under penalty of law that the above information is true and correct to the best of my knowledge.

Signed by: __/s/ Mark N. Crossen_____   __Mark S. Crossen__
         Signature of victim or guardian   Print name of victim or guardian

For: _____   __March 8, 2006__
            Name of victim   Date

**PLEASE PROVIDE DOCUMENTATION OF LOSS!**