

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2007

Honorable Colleen McMahon
United States District Judge
United States District Courthouse
300 Quarropas, Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

    Re:    United States v. US v. James Marquez
           Docket No. 06 CR 1138

           United States v. Daniel Marino
           Docket No. 05 CR 1036

           United States v. Samuel Israel
           Docket No. 05 CR 1039

Dear Judge McMahon:

    Please find enclosed 1 Victim Impact Statement for the above-captioned case scheduled for sentencing July 13th, 2007 (James Marquez), July 20th, 2007 (Daniel Marino), and September 21st, 2007 (Samuel Israel), respectively.

    Thank you for your attention.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

                By:    /s/ Wendy Olsen Clancy
                        Wendy Olsen Clancy
                        Victim Witness Coordinator
                        (212) 637-1028

*RECEIVED JUN 27 2007 CHAMBERS OF COLLEEN McMAHON*

Enclosures:

cc: Assistant United States Attorney Margery Feinzig, with attachments
United States Probation Officer Johnny Kim, with attachments
Andrew Bruce Bowman, Esq., w/attachments
Lawrence Bader, Esq., w/attachments
Stanley J. Twardy, Jr., Esq., w/attachments