

**U.S. Department of Justice**
United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Phone: (212) 637-1028
Fax: (212) 637-0084

May 29, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: 4/18/08
```

Zoltan & Marilyn Horvath
141 Emerson Roadd
Somersete, NJ 09973

Re: United States v. SAMUEL ISRAEL
   Case Number 2004R01733 and Court Docket Number: 05 CR 1039

   United States v. DANIEL MARINO
   Case Number 2005R02104 and Court Docket Number: 05 CR 1036

   United States v. JAMES MARQUEZ
   Case Number 2006R02194 and Court Docket Number: 06 CR 1138

Dear Zoltan & Marilyn Horvath:

The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings. This notice provides information about the above-referenced criminal case.

The sentencing hearing for defendant(s), JAMES MARQUEZ, has been set for July 13, 2007, 11:00 AM before Judge COLLEEN McMAHON.

The sentencing hearing for defendant(s), DANIEL MARINO, has been set for July 20, 2007, 11:00 AM before Judge COLLEEN McMAHON.

The sentencing hearing for defendant(s), SAMUEL ISRAEL, has been set for September 21, 2007, 09:00 AM before Judge COLLEEN McMAHON. You are welcome to attend this proceeding; however, unless you have received a subpoena, your attendance is not required by the Court. If you plan on attending, please check with the VNS Call Center to verify the sentencing date and time. Should you wish to speak at the sentencing or want to check for the most current information on the date/time of this event please call our office a day or two before the scheduled hearing.

A United States Probation Officer prepares a report for the Court and may contact you to discuss the impact the crime had on you financially, physically, and/or emotionally. If you are contacted, please make every effort to provide accurate and detailed information.

Please note that certain documents (i.e. indictment, judgment, etc.) may become available periodically on the internet at WWW.Notify.USDOJ.GOV under the field "downloads/links." You will need to log in using your VIN number and password to access any existing documents.

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this case on the VNS web site at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your contact information to include a current email address, VNS will send information to that email address. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '**1294513**' and Personal Identification Number (PIN) '**1592**' anytime you contact the Call Center and anytime you log on to the VNS web site. In addition, the

first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Horvath.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Michael J. Garcia
United States Attorney

*Wendy Olsen*

Wendy Olsen
Victim Witness Coordinator