Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

Southern District of New York

United States of America v.

Samuel Israel III

Docket No.: 05 Cr. 1039

Colleen McMahon, U.S.D.J.
(District Court Judge)

Notice is hereby given that **Samuel Israel III** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [sentence] _____
(specify)

entered in this action on April 14, 2008
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction and Sentence [ ]

APR 16 2008

Date April 16, 2008

TO Margery Feinzig, Esq.
Assistant U.S. Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-1901
ADD ADDITIONAL PAGE (IF NECESSARY)

Barry A. Bohrer and Barbara L. Trencher
(Counsel for Appellant)

Address Morvillo Abramowitz Grand Iason Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

Telephone Number: (212) 856-9600

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[✓] Sentencing April 14, 2008<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment   [ ] Funds [✓]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _____   DATE 4/16/08

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05