

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 12, 2008

By Hand

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re: United States v. Samuel Israel III
            05 Cr. 1039 (CM)

Dear Judge McMahon:

    In connection with the above referenced matter, enclosed is a redacted form of the Government's letter in connection with Samuel Israel's sentencing, which was submitted to the Court on April 10, 2008.

    Thank you for your consideration.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York

        By: *[signature]*
                Margery B. Feinzig
                Assistant United States Attorney
                Tel.: (914) 993-1912

cc:    Barry Bohrer, Esq. and Barbara Trencher, Esq. (By Fax)