DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036-6797
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
H. Jeffrey Schwartz
Gary J. Mennitt
Elise Scherr Frejka
Jonathan D. Perry

*Attorneys for Plaintiff Bayou Management LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,                : 05 Cr. 1039 (CM)
                                          :
                    Plaintiff,            : (Forfeiture Proceeding)
        -against-                         :
                                          :
SAMUEL ISRAEL III,                        :
                    Defendant.            :
------------------------------------------------------------------- X
ROBERT B. NICHOLS and ELLEN M. NICHOLS,   :
                                          :
                    Petitioners.          :
------------------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
In re:                                    : Chapter 11
BAYOU GROUP, LLC, et al.,                 : Case No.:  06-22306 (ASH)
                                          :
                    Debtors.              : Jointly Administered
------------------------------------------------------------------- X
BAYOU MANAGEMENT LLC,                     : Adv. Proc. No.:  08-08292 (ASH)
                                          :
                    Plaintiff,            : (Adversary Proceeding)
        -against-                         :
                                          :
ROBERT B. NICHOLS, ELLEN M. NICHOLS,      :
SAMUEL ISRAEL III, and JOHN DOES 1-5,     :
                                          :
                    Defendants.           :
------------------------------------------------------------------- X

# **CERTIFICATE OF SERVICE**

ANDREA CHOUPROUTA, being duly sworn, deposes and says:

      I am not a party to the action, am over the age of eighteen years of age and reside in Nassau County, New York.

      On June 30, 2008, I caused to be served, true and correct copy of the Memorandum of Law in Response to Motion of Petitioners-Defendants Robert B. Nichols and Ellen M. Nichols to Withdraw Reference of Adversary Proceeding and Consolidate Proceedings by Federal Express upon the parties listed below.

J. Joseph Bainton, Esq.
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, New York 10004 – 1840

Barry A. Bohrer, Esq.
Morvillo, Abramowitz, Grand, Iason,
Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

Sharon Levin, Esq.
Assistant United States Attorney
U.S. Department of Justice
U.S. Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, New York 10007

                                                                         */s/ Andrea Chouprouta*
                                                                         Andrea Chouprouta