UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA,          :   **ORDER AND JUDGMENT OF**
                                       **FORFEITURE OF BAIL**
           - v -                   :
                                       05 Cr.1039 (CM)
SAMUEL ISRAEL, III                 :

           Defendant.              :
---------------------------------x

This cause having come on to be heard on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, by Margery B. Feinzig, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing the release of defendant SAMUEL ISRAEL, III, be forfeited and that the United States of America have and recover judgment against defendant SAMUEL ISRAEL, III, and sureties DEBRA RYAN ANN ISRAEL and LAWRENCE ISRAEL, jointly and severally, in the sum of $500,000 and that the United States have execution therefore.

Dated:   New York, New York
         July 10 , 2008

_____
United States District Judge

JUDGMENT ENTERED:

_____
Clerk of the Court
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08