AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

United States of America

v.

Samuel Israel III

Case Number: 05 Cr. 1039 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

July 23, 2008
Date

*[Signature]*
Signature

Jeff Alberts   JA-9809
Print Name   Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,   New York   10007
City   State   Zip Code

(212) 637-1038   (212) 637-0421
Phone Number   Fax Number