

**BAINTON McCARTHY LLC**
ATTORNEYS AT LAW

26 BROADWAY
SUITE 2400
NEW YORK, NY 10004-1840

(212) 480-3500 TELEPHONE
(212) 480-9557 FACSIMILE
WWW.BAINTONLAW.COM

July 28, 2008

J. JOSEPH BAINTON
(212) 480-2529
bainton@baintonlaw.com

VIA FACSIMILE

**MEMO ENDORSED** OK

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Bayou Management LLC. v. Nichols, et ano.*, 08-Civ-6036 (CM)
*U.S. v. Israel III*, 05-Cr-1039 (CM)

[signature] Colleen McMahon 7/28/08

Dear Judge McMahon:

We are the attorneys for Robert B. Nichols and Ellen M. Nichols in the above-entitled proceedings. We write to request an adjournment of the case management conference scheduled for July 30, 2008 at 11:30 a.m. to 4:00 p.m. on the same day.

As the Court is aware, on Thursday of last week, we made a request for an adjournment of the conference to a date convenient for the Court on August 4, 5, or 6. On Friday, the Court endorsed the letter of request ordering that the parties must appear this week. The parties are available at 4:00 p.m. on July 30, 2008, the date originally scheduled for the conference. I will be able to attend the conference after the conclusion of the Court ordered deposition in another case pending in this district, of which I had already informed the Court.

We respectfully request that the Court adjourn the case management conference to 4:00 p.m. on July 30, 2008.

With best regards, I am,

Respectfully yours,

J. Joseph Bainton

cc: Gary J. Mennitt, Esq.
Sharon Cohen Levin, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

STAMFORD, CONNECTICUT • CENTRAL ISLIP, NEW YORK • NEWARK, NEW JERSEY