*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York  10601*

October 2, 2013

**BY ECF**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Samuel Israel, III, 05 Cr. 1039 (CM)
              United States v. Daniel E. Marino, 05 Cr. 1036 (CM)

Dear Judge McMahon:

The Government writes to request that the Court amend the restitution orders that the Court entered on November 19, 2012 in the above captioned actions (the "Restitution Orders") to reflect changes in the legal description of two victims.  These victims have informed the Clerk of the Court that the legal descriptions listed for them in the Restitution Orders is no longer accurate, which prevents them from cashing the checks that the Clerk of the Court mailed to them.  Accordingly, the Government requests that the Court order that the Clerk of the Court to substitute the names listed in the right column below for the names and addresses listed on the left column below:

| *Old Information* | *New Information* |
|---|---|
| Name:    Tradex Global Master Funds SPC, LTD.<br><br>Address:  Charles, Frederic & Co.,<br>           As Nominee for The Bank of New York<br>             Mellon,<br>           1 Wall Street,<br>           New York, New York 10286,<br>           as Custodian F/B/O Tradex Global Master<br>             Fund SPC. Ltd. for the account of the<br>             Original segregated portfolio 3 | Name:    Tradex Global Master SPC Ltd<br>            FAO Original Segregated Portfolio 3<br><br>Address:  William ODonnell<br>            Asset Services B3-30<br>            Global Transaction Services<br>            3800 Citibank Center<br>            Tampa, FL 33610 |
| Name:    Close Trustees fbo Meritage Investments | Name:    Asguard LLC |

      The Government believes that this clarification of the Restitution Orders would be in the interest of justice and best effectuate the purpose of that order. Accordingly, we urge the Court to approve the Government's proposed changes by endorsing the "so ordered" line below.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney
                Southern District of New York

      By: /s_____
           Jeffrey Alberts
           Assistant United States Attorney
           Tel. (914) 993-1965

**SO ORDERED:**

_____        Date: _____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE