UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.                                                                                  05 CR 1039 (CM)

Samuel Israel III                                             MOTION FOR ADMISSION
                                                              PRO HAC VICE
_____

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rebecca A. Robinson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Samuel Israel III in the above-captioned action.

I am in good standing of the bar of the state of Ohio and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  March 20, 2014                              Respectfully submitted,

                                                    /s/Rebecca A. Robinson
                                                    Rebecca A. Robinson, Esq. (OH 0082192)
                                                    Shane P. Landry, Attorney at Law
                                                    P.O. Box 3326
                                                    St. Francisville, LA 70775
                                                    (225) 635-2728
                                                    robinsonlawllc@gmail.com