UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.                                                  05 CR 1039 (CM)

Samuel Israel III                                   **ORDER FOR ADMISSION
                                                    PRO HAC VICE**

---

The motion of Shane P. Landry, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Louisiana; and that his contact information is as follows:

Shane P. Landry, Esq.
Shane P. Landry, Attorney at Law
P.O. Box 3326
St. Francisville, LA 70775
(225) 635-2728

5/7/14

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Samuel Israel III in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/7/14

_____
United State District ~~Magistrate Judge~~