## Adams & Commissiong LLP

Attorneys at Law

| | |
|---|---|
| 65 Broadway Suite 715 | Martin E. Adams |
| New York, NY 10006 | Karloff C. Commissiong |
| Tel: 212-430-6590 | Admitted to Practice in New York |
| Fax: 212-981-3305 | www.amcmlaw.com |

May 18, 2019

**VIA ELECTRONIC MAIL**

Hon. Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Samuel Israel, III</u>, 05 Cr. 1039 - Permission to file motion for reduction in sentence under seal

Dear Judge McMahon:

I am writing to request the Court's permission to file a motion for reduction in sentencing on behalf of Samuel Israel, III under seal. The motion, as well as the exhibits, contain information regarding his various medical diagnoses and treatments that should not be divulged to the public. A copy of all original documents will be forwarded to the Court.

Respectfully Requested,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

cc: A.U.S.A. Margaret Graham (Via Electronic Mail)