

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

October 3, 2019

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Samuel Israel, III*, 05 Cr. 1039 (CM)

Dear Judge McMahon:

    We are writing to request one additional week to respond to the defendant's pending motion for a reduction in sentence, which was filed under seal.  Under the current schedule, which Your Honor ordered on September 6, 2019, the Government's response is due on Friday, October 4, 2019.  This is the Government's second request for additional time to respond.

    The proposed adjournment would allow the Government necessary additional time to complete its internal process of considering the defendant's motion and to provide the Court with the Government's response.  We have spoken with Karloff Commissiong, Esq., counsel for the defendant, and he is going to confer with his client and inform us as to whether he will consent to this adjournment by this afternoon.

    Thank you for your consideration.

                                                 Respectfully submitted,

                                               GEOFFREY S. BERMAN
                                               United States Attorney

by: _____
                                         Margery B. Feinzig/Sara Krissoff
                                         Assistant United States Attorneys
                                         (914) 993-1903/(212) 637-2232

cc:  Karloff Commissiong, Esq. (By ECF)