Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States of America v.

Samuel Israel, III

Docket No.: 05 Cr. 1039

Colleen McMahon
(District Court Judge)

Notice is hereby given that Samuel Israel, III appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✓ Decision and Order in connection with sentence
(specify)
entered in this action on December 4, 2019.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other ✓

Defendant found guilty by plea ✓ | trial | | N/A |

Offense occurred after November 1, 1987? Yes ✓ No | N/A |

Date of sentence: April 14, 2008  N/A |___|

Bail/Jail Disposition: Committed ✓  Not committed |  N/A |

Appellant is represented by counsel? Yes ✓ | No |  If yes, provide the following information:

Defendant's Counsel: Karloff C. Commissiong

Counsel's Address: 65 Broadway, Suite 1603

New York, New York 10006

Counsel's Phone: (212) 430-6590

Assistant U.S. Attorney: Sarah Krissoff

AUSA's Address: 1 Saint Andrew's Plaza

New York, New York 10007

AUSA's Phone: (212) 637-2232

Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401250134
Cashier ID: Swooten
Transaction Date: 12/11/2019
Payer Name: SAMUEL ISRAEL III

NOTICE OF APPEAL/DOCKETING FEE
 For: SAMUEL ISRAEL III
 Amount:         $505.00

CREDIT CARD
 Amt Tendered:  $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

05CR1039
```